## RETURN OF SERVICE

| | |
|---|---|
| Service of Summons and Complaint was made by me[1] | Date Jan. 22, 2008 |
| NAME OF SERVER Edward D. Fagan | TITLE Teachers 4 Action et al v Bloomberg et al 08-cv-0548(VM) |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant Office of Corporation Counsel - Service of Process Dept.
Place where served: 100 Church St., 4th Fl., NY, NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of Person which whom the summons and complaint were left: _____

[ ] Returned unexecuted _____

[ ] Other (specify) See attached confirmation of acceptance of service by each defendant.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on   Jan. 22, 2008
              Date

Signature of Server

5 Penn Plaza 23rd Fl.
New York, NY 10001
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
Teachers4Action,
   On behalf of its Members,
   And By Florian Lewenstein,
   Its Treasurer and Spokesperson,
John Doe & Jane Doe Teachers 1 - 50-

         Plaintiffs

  - vs -

Michael G. Bloomberg,
Joel Klein,
New York City
   Department of Education,
Superintendents 1 - 10; and
Principals 1 – 10;

         Defendants
---------------------------------------------------------X

RECEIVED
08 JAN 21 PM 12: 53
U.S. DISTRICT COURT
CIVIL ACTION

08 CV 0548

SUMMONS

JUDGE MARRERO

## TO: (Name and Address of Defendants Listed Below)

Michael G. Bloomberg, City Hall, 260 Broadway, New York, NY 10007

Joel Klein, NYC Dept of Education, 52 Chambers St., New York, NY 10007

NYC Department of Education, 52 Chambers Street, New York, NY 10007

*YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiffs' Attorneys (Name and Address):*

Edward D. Fagan, Esq.
5 Penn Plaza, 23rd Floor, New York, NY 10001
Tel. (646) 378-2225, Fax (646) 304-6446 and Email: ed.fagan@global-litigation-partners.com

*an answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.*

J. MICHAEL McMAHON          JAN 21 2008
**Clerk**                                                   **Date**

*[signature]*
**By Deputy Clerk**