UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

TEACHERS4ACTION, et al.,                :

          Plaintiffs,                :         08 Civ. 0548 (VM) (AJP)

    -against-                             :         ORDER SCHEDULING
                                                   CONFERENCE
MICHAEL G. BLOOMBERG; JOEL KLEIN;       :
NEW YORK CITY DEPARTMENT OF EDUCATION;
SUPERINTENDENTS 1-10 & PRINCIPALS 1-10, :

          Defendants.                :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

    IT IS HEREBY ORDERED that a conference is scheduled for January 28, 2008 at 10:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

    Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

    SO ORDERED.

Dated:    New York, New York
         January 25, 2008

                        Andrew J. Peck
                        United States Magistrate Judge

Copies **by fax & ECF** to:    Edward D. Fagan, Esq.
                             Blanche Greenfield, Esq.
                             Judge Victor Marrero

C:\ORD\Order Scheduling Status Conference