UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

TEACHERS4ACTION, et al., :

          Plaintiffs, :    08 Civ. 0548 (VM) (AJP)

      -against- :    **ORDER**

MICHAEL G. BLOOMBERG, et al., :

          Defendants. :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

For the reasons stated at today's conference, IT IS HEREBY ORDERED THAT: discovery is stayed until further Court order.

SO ORDERED.

Dated:    New York, New York
            February 8, 2008

                                            Andrew J. Peck
                                         United States Magistrate Judge

Copies **by fax & ECF** to:    Edward D. Fagan, Esq.
                                Blanche Greenfield, Esq.
                                Judge Victor Marrero

C:\OPIN\