UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
Teachers4Action,
    On behalf of its Members
    And By Florian Lewenstein,
    Its President and Spokesperson,
                     Plaintiffs

         - v s -

Michael Bloomberg et al,
                 Defendants
-------------------------------------------------------X

CIVIL ACTION
08-cv-548 (VM)

===========================================================
**NOTICE OF FILING OF UPDATED LISTE OF
TEACHERS4ACTION MEMBERS AND PLAINTIFFS**
===========================================================

Edward D. Fagan hereby declares and says:

1. I am plaintiffs' counsel in this matter.

2. With this Notice of Filing I am providing the Court and the Defendants with a copy of the updated list of Teachers4Action members who are plaintiffs in this action. *See Exhibit 1.*

3. I have received the March 3, 2008 Notice from Clerk's office that the Amended Complaint and attachments should be manually filed and that will be done. *See Exhibit 2.*

4. In lieu of submitting errata sheet to the Amended Complaint, Plaintiffs will make the necessary errata in the manual filing of the Amended Complaint as per the notice to manually re-file.

Dated: March 4, 2008
New York, NY

                                                      _/s/ Edward Fagan_
                                                      Edward Fagan

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above document was filed on this date with the Clerk's office and electronic copies were transmitted to all counsel of record.

      Courtesy hard copies of this document are also being provided to the Hon. Victor Marrero, USDJ and the Hon. Andrew J. Peck USMJ.

Dated: March 4, 2008  
      New York, NY

                                                 Edward Fagan

**List of Plaintiffs as of March 3, 2008**  Page 1

1. Adams, Twana
2. Addoo, Marie
3. Ayazi, Maryam
4. Batyreva, Olga
5. Bell, Ming
6. Berkowitz, David
7. Berlyne, Jonathan
8. Bruno, Anthony
9. Budnick, Jill
10. Castro, Jaime
11. Chavez, Gloria
12. Cohen, Judith
13. Cruz, Josefina
14. Cullen, James
15. Daniels, Diane
16. Ebewo, Michael
17. Fofana, Boubakar
18. Ganis, Louisa
19. Gisors, Roselyne
20. Goebel, Denise
21. Gonzalez, Diana
22. Grant, Bob
23. Hanlon, Evelyn
24. Hart, Joanne
25. Hayes, Lisa
26. Hazen, Wendy
27. Hinestroza, Arnulfo
28. Hollander, Michael
29. Johnson, Rina
30. Kowal, Rafal
31. Levine, Jane
32. Lewenstein, Florian
33. Martinez, Hazel

Exhibit 1

**List of Plaintiffs as of March 3, 2008** Page 2

34. McLoughlin, Michael
35. Nunge, Raymond
36. Ornstein, Karen
37. Polito, Julianne
38. Popatia, Sakina
39. Radtke-Gabriel, Alena
40. Robinson Thomasina,
41. Rubinfeld, Sidney
42. Russo, Denise
43. Santucci, Paul
44. Saunders, Jennifer
45. Sawyer, Jacueline
46. Scheiner, Brandi
47. Schlesinger, Alan
48. Schreiber, Alex
49. Segall, Barbara
50. Seiffert, Linda
51. Smith, Daniel
52. Tarasow, Helena
53. Teel, Gilda
54. Torres-Nogueras, Eustoquio
55. Wade, Jaqueline
56. Wakili, Nahid
57. Watson, Nicholas
58. Westbay, Michael
59. Zanetis, George
60. Zapata, Mauricio
61. Zimler-Rosenfeld, Beverly

Case 1:08-cv-00548-VM-AJP    Document 10    Filed 03/04/2008    Page 5 of 5

Activity in Case 1:08-cv-00548-VM-AJP Teachers4Action et al v. Bloomb... et al Note to Attorney to Re-File Document - Non-ECF Document Error    3/4/08 7:07 AM

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**To:** deadmail@nysd.uscourts.gov
**Subject:** Activity in Case 1:08-cv-00548-VM-AJP Teachers4Action et al v. Bloomberg et al Note to Attorney to Re-File Document - Non-ECF Document Error
**Date:** Mon, 3 Mar 2008 10:42 am

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### United States District Court for the Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 3/3/2008 at 10:40 AM EST and filed on 3/3/2008
**Case Name:**         Teachers4Action et al v. Bloomberg et al
**Case Number:**       1:08-cv-548
**Filer:**
**Document Number:** No document attached

Docket Text:
**\*\*\*NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF DOCUMENT ERROR. Note to Attorney Edward Davis Fagan to MANUALLY RE-FILE Document No. [9] Amended Complaint. This document is not filed via ECF. (db)**

**1:08-cv-548 Notice has been electronically mailed to:**

Edward Davis Fagan faganlawintl@aim.com

**1:08-cv-548 Notice has been delivered by other means to:**

Exhibit 2