RECEIVED
APR 11 2008
CHAMBERS OF
ANDREW J. PECK

# EDWARD D. FAGAN ESQ.

**Five Penn Plaza, 23rd Floor, NY, NY 10001 - Tel. (646) 378-2225**
*faganlawintl@aim.com (Official Court Email Address)*
*faganlaw.teachers@gmail.com (Teachers4Action Case Email Address)*

*Via Fax (212) 805-7933*
Honorable Andrew J. Peck USMJ
United States District Court
Southern District of New York
500 Pearl Street, Chambers
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/11/08

Friday 11 April 2008

Re:    *Teachers4Action et al v. Bloomberg et al, 08-cv-548 (VM)(AJP)*

Honorable Judge:

As Your Honor knows I am for the Plaintiffs in the above referenced matter.

As a follow up to the statements made on the record at today's Conference, I write on the limited issue to request that Your Honor *"So Order"* this letter so Plaintiffs can have Amended Summonses issued against Defendants United Federation of Teachers ("UFT"), Randi Weingarten ("Weingarten") and Betsy Combier ("Combier").

The Court should note that after the Conference, I went to the Clerk's Office to again try to get Amended Summonses issued. The Clerk's office suggested that rather than waiting for the transcript, to indicate what Your Honor Ordered today, I should simply write Chambers to get a discreet Order. The Clerk's office indicated that they needed something on file with which to issue the Amended Summonses and to formally enter the filing date of the Amended Complaint (which was previously submitted for filing at the end of February 2008). With this done, we will be able to serve Defendants UFT, Weingarten and Combier.

As indicated on the record, I will communicate with Blanche Greenfield Esq., counsel for Defendants Bloomberg, New York City, Klein and NYC Department of Education regarding a Proposed Second Amended Complaint that updates the named Plaintiffs and which also includes additional relevant facts and causes of action.

Respectfully submitted,

Edward D. Fagan

Cc:    Hon. Victor Marrero USDJ – Via Fax
       Blanche Greenfield Esq. – Via Fax

**BY FAX**

## MEMO ENDORSED

*As noted on the Record at the April 11, 2008, Conference, Plaintiffs' Request is Hereby Granted.*

Hon. Andrew J. Peck, USMJ    4/11/08

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York