## RETURN OF SERVICE

| | |
|---|---|
| Service of ~~Summons and Complaint~~ Amended Summons and Amended Complaint was made by me[1] | Date April 16, 2008 |
| NAME OF SERVER Edward D. Fagen | TITLE Plaintiffs Counsel |

Check one box below to indicate appropriate method of service   United Federation of Teachers (UFT) Randi Weingarten, Individually + as President of UFT and Betsy Combier, UFT Rep.

[X] Served personally upon the defendants
Place where served: 52 Broadway, 14th Floor New York, NY 10005

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of Person which whom the summons and complaint were left: _____

[ ] Returned unexecuted _____

[X] Other (specify) See attached Receipt/Acknowledgment of Service Served upon Danielle Wellington Executive Ass't to Adam Ross Esq, Authorized to Accept Service

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on April 16, 2008
           Date

Signature of Server: Edward D. Fagen
5 Penn Plaza, 23rd Floor
New York NY 10005
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

---

*Teachers4Action et al v. Bloomberg et al, 08-cv-548 (VM)(AJP)*

UNTED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

| | |
|---|---|
| Teachers4Action,<br>    On behalf of its Members<br>    And By Florian Lewenstein,<br>    Its President and Spokesperson,<br>Twana Adams;<br>Marie Addoo;<br>Ming Bell;<br>David Berkowitz;<br>Jonathan Berlyne;<br>James J. Cullen;<br>Diane Daniels<br>Boubakar Fofana;<br>Alena Radtke-Gabriel;<br><br>Diana Gonzalez;<br>Robert H. Grant;<br>Wendy Hazen;<br>Michael Hollander;<br>Rafal Robert Kowal;<br>Michael McLoughlin<br>Raymond Nunge;<br>Karen Ornstein;<br><br>Beverly Zimler-Rosenfeld;<br>Sidney Rubinfeld;<br>Denise Russo;<br>Jennifer Saunders;<br>Alex Schreiber;<br>Linda L. Seiffert;<br>Barbara Segall;<br>Eustoquio Torres-Nogueras;<br>Nahid Wakili;<br>Michael Westbay; and<br>Mauricio Zapata,<br>                          Plaintiffs,<br>    - vs -<br><br>Michael G. Bloomberg,<br>    Mayor of New York City;<br>City of New York;<br>Joel Klein,<br>    Individually and in his capacity as<br>    Chancellor of New York City | CIVIL ACTION<br>08-cv-548 (VM)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>AMENDED SUMMONS<br><br><br><br><br><br>Receipt/Service of Amended Summonses<br><br>And Complaints for Defendants<br><br>United Federation of Teachers ("UFT");<br><br>Randi Weingarten, President – UFT; and<br><br>Betsy Combier, UFT Representative.<br><br><br>By: _Dainelle Wellington_<br>Title: _Executive Asst to Adam Ross_<br>Dated: _4/16/08._ |

---

*Teachers4Action et al v. Bloomberg et al, 08-cv-548(VM)(AJP) - Amended Summons Weingarten, UFT & Combier*