## RETURN OF SERVICE

Service of Summons and Complaint was made by me[1]  *Amended Summons + Amended Complaint*  *Edward D. Fagan*

Date  *April 16, 2008*

NAME OF SERVER  *Edward D. Fagan*

TITLE  *Counsel for Plaintiffs*

**Check one box below to indicate appropriate method of service**

[X]  Served personally upon the defendant  *NYC Defendants*
Place where served:  *NYC Law Dept. Office of Corp. Counsel 100 Church Street, New York NY*

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of Person which whom the summons and complaint were left: _____

[ ]  Returned unexecuted _____

[ ]  Other (specify)  *Served on Counsel Blanche Greenfield Esq. for Defendants Bloomberg, NYC, NYC Dept. of Education and Joel Klein*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on  *April 16, 2008*
Date

Signature of Server

*5 Penn Plaza 23rd Floor New York NY 10001*
Address of Server

---

[1]  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

------------------------
*Teachers4Action et al v. Bloomberg et al, 08-cv-548 (VM)(AJP)*