April 14, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/18/08
```

Dear Hon. Judge Marrero,

I am requesting a pre-motion conference so that I may submit a motion to withdraw from the lawsuit 08-CV-548 (VM). I respectfully request that this matter be handled as soon as possible since several issues concerning my employment are contingent upon it.

Attached is my affirmation that I have sent a copy of this letter to all parties.

Thank you for your time and consideration.

Respectfully yours,

*[signature]*

Denise Goebel

08 Civ. 548 (VM)(AJP)

**MEMO ENDORSED** 4/18/08

The Court treats this as a Rule 41(a) voluntary dismissal as to this one party only. [illegible] the Court grants the application. Ms Goebel's claims are dismissed without prejudice and w/o costs. Horton [illegible] as to the other remaining parties.

SO ORDERED:

*[signature]*
Hon. Andrew Jay Peck
United States Magistrate Judge

*[additional signature]*

BY FAX

April 14, 2008

Under penalty of perjury I hereby affirm that I have sent a copy of my request for a pre-motion conference to all parties involved in 08-CV-548 (VM).

Thank you,

*Denise Goebel*
Denise Goebel

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

Dated:  April 18, 2008                                     Total Number of Pages: 3

| TO | FAX NUMBER |
|---|---|
| Edward D. Fagan, Esq. | 646-304-6446 |
| Blanche Greenfield, Esq. | 212-788-8877 |
| | |

## TRANSCRIPTION:

**MEMO ENDORSED 4/18/08**

The Court treats this as a Rule 41(a) voluntary dismissal as to this one plaintiff only, and the Court grants the application. Ms. Goebel's claim is dismissed without prejudice and without costs.

The action remains as to the other numerous plaintiffs.

Copy to:   Judge Victor Marrero