```
UNITED STATES DISTRICT COURTS
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
TEACHERS4ACTION, et al.,            :
                                    :
                  Plaintiffs,       :   08 Civ 548
                                    :
     - against -                    :   ORDER RESCHEDULING
                                    :        HEARING
MICHAEL C. BLOOMBERG, et al.,       :
                                    :
                  Defendants.       :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

Counsel for defendant United Federation of Teachers (see attached letter) requests an adjournment of the hearing scheduled in the above matter. Counsel for all parties are advised that the hearing before Judge Marrero scheduled for April 28, 2008 at 9:30 a.m. is adjourned to April 29, 2008 at 10:00 a.m. in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York. Principal trial counsel must appear at this hearing.

Requests for adjournment of the hearing will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

Dated:   New York, New York
         April 25, 2008

_____
Victor Marrero
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-25-08

# STROOCK

April 24, 2008

Charles G. Moerdler
Direct Dial 212-806-5648
Direct Fax 212-806-2648
cmoerdler@stroock.com

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Chambers 660
New York, NY 10007

Re:   Teachers4Action et al. v. Bloomberg et al.;
      08 Civ. 548 (VM)(AJP)

Dear Judge Marrero:

We represent Defendants United Federation of Teachers ("UFT") and Randi Weingarten in the above-captioned matter and I am lead counsel for them. I understand Your Honor has scheduled a hearing for Monday, April 28th at 9:30 am to address Plaintiffs' counsel's recusal request pursuant to 28 U.S.C. § 144.

I am currently in Arizona observing the Passover holiday, which ends Sunday night, and am not able to return to New York until the earliest Monday evening. Therefore, I respectfully request that the Court adjourn the hearing until Tuesday, or whatever date is appropriate for the Court, so that I may participate on behalf of these defendants. My office has spoken with Blanche Greenfield of the Office of the Corporation Counsel who has no objection to the request. Telephone and email requests were made of Plaintiffs' counsel, Edward Fagan, earlier today, but we have not had a response from him.

I appreciate Your Honor's consideration.

Respectfully submitted,

*Charles G. Moerdler*
Charles G. Moerdler

The Hon. Victor Marrero, USDJ
April 24, 2008
Page 2

cc:    Magistrate Judge Andrew J. Peck
        Edward Fagan, Esq.
        Blanche Greenfield, Esq.