UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

TEACHERS4ACTION, et al.,  :

          Plaintiffs,  :    08 Civ. 0548 (VM) (AJP)

    -against-  :    **ORDER**

MICHAEL G. BLOOMBERG, et al.,  :

          Defendants.  :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

For the reasons stated at the May 1, 2008 conference, IT IS HEREBY ORDERED THAT:

1. Plaintiffs are granted leave to file a proposed Second Amended Complaint, by June 2, 2008.

2. Defendants' motions to dismiss shall be filed by June 30, 2008 (or thirty days after plaintiffs file their Second Amended Complaint, if filed before June 2, 2008).

3. Except for the one hour deposition of Ms. Europe, discovery is stayed until decision of the motions to dismiss or further order of the Court.

SO ORDERED.

Dated:    New York, New York
         May 2, 2008

                                 Andrew J. Peck
                              United States Magistrate Judge

Copies **by fax & ECF** to:    Edward D. Fagan, Esq.
                              Blanche Greenfield, Esq.
                              Charles G. Moerdler, Esq.
                              Judge Victor Marrero

C:\OPIN\