ORIGINAL

# EDWARD D. FAGAN ESQ.

Five Penn Plaza, 23rd Floor, NY, NY 10001, Tel. (646) 378-2225
Email: faganlawintl@aim.com (Official Email Address for Court Documents)
Email: faganlaw.teachers@gmail.com (Email Address for *Teachers4Action* Case)

<u>Via Fax (212) 805-6382 & Hand Delivery</u>
Honorable Victor Marrero USDJ
United States District Court
Southern District of New York
500 Pearl Street, Chambers 660
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-08

[U.S. District Court Filed Stamp: APR 30 2008 S.D. OF N.Y.]

April 28, 2008

Re:   *Teachers4Action et al v. Bloomberg et al,* 08-cv-548 (VM)(AJP)

Honorable Judge:

I am counsel for Plaintiffs in the above referenced matter.

In advance of the April 29, 2008 Conference, and with regard to the issues presented in the Order to Show Cause related to the Intercepted, Confidential and Privileged Emails, I am providing the Court with a courtesy advance copy of the April 28, 2008 Declaration of Tawana Adams.

This Declaration is based upon certain ex-parte Statements made on April 28, 2008 by Defendant Department of Education ("DOE") representative Theresa Europe to one of the 3020-a Arbitrators (Dr. Andree McKissick). These statements are related to what Plaintiffs submit is ongoing concealment by Defendant DOE of the known or identifiable source of the Intercepted, Confidential and Privileged Emails and Defendant DOE's interference with Plaintiffs' ability to secure this evidence. Despite Plaintiffs' repeated requests, Defendant DOE has failed to produce, preserve and has failed to cooperate with Plaintiffs' efforts to secure the fax logs and other identifying information related to the Intercepted, Confidential and Privileged Emails.

The Court should note that Plaintiffs received no opposition to the relief requested in the Order to Show Cause. Therefore, Plaintiffs respectfully request that the relief sought should be granted.

The Court should also note that Plaintiffs have made good faith efforts to communicate with Defendants, as required by FRCP Rule 26, prior to tomorrow's Conference, and I will be prepared to address this and the proposed scheduling Order at tomorrow's Conference.

As always, thank you for the Court's consideration in this regard.

Respectfully submitted,

/s/ Edward D. Fagan
Edward D. Fagan

[Handwritten order: "It is the Court's contemplation to consider at the 4-29-08 hearing only plaintiff's motion seeking the recusal of Magistrate Judge SO ORDERED: Andrew Peck." 4-28-08 — VICTOR MARRERO, U.S.D.J.]

EDF/lsf
Attachment

Cc:   Honorable Andrew J. Peck USMJ – *Via Fax (212) 805-7933*
        Blanche Greenfield Esq. – For NYC Defendants - *Via Fax # (212) 788-0327*
        Charles Moerdler Esq. – For Defendants UFT, Weingarten & Combier – *Via Fax (212) 806-6006*

MICROFILMED APR 3 0 2008 -3 PM