USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 5/13/08

Sidney Rubinfeld
7922 68 Road
Middle Village, NY 11379

May 12, 2008

RECEIVED
MAY 13 2008
CHAMBERS OF
ANDREW J. PECK

Hon. Justice Victor Marrero
Hon. Justice Peck
Ms. Theresa Europe, esq.
Ms. Blanche Greenfield, esq.

Dear Justice Marrero, Peck, Ms. Europe, Ms. Greenfield:

  I, Sidney Rubinfeld, am a named plaintiff in the suit for Teachers4Action vs. DOE, Hon. Michael Bloomberg, UFT. I was represented by Mr. Edward Fagin, esq. I have been advised by my new counsel Mr. Howard Singer, to write to you providing official notice to have my name withdrawn from that complaint. I have contacted Mr. Fagin and provided a notice to withdraw as well as to the following: Teachers4 Action, Mr. Martin Scheinman, esq. Arbitrator, Ms. Blanche Greenstein, esq. and Ms. Theresa Europe, Deputy Chief Counsel for the Department of Education. I have reached a settlement per my hearing with the Department of Education.

Sincerely,

Sidney G. Rubinfeld

08 Civ. 0548 (VM)(AJP)
Teachers4Action et al v Bloomberg et al

**MEMO ENDORSED**

The claims of plaintiff Sidney Rubinfeld are dismissed.

SO ORDERED.

Hon. Andrew Jay Peck
United States Magistrate Judge

copy fax'd: [illegible]

BY FAX

Sidney Rubinfeld
7922 68 Road
Middle Village, NY 11379

# FAX

To: Justice Peck
Re: Notice of Withdrawal from Lawsuit
May 12, 2008

2 pages

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

Dated: May 13, 2008                          Total Number of Pages: 3

| TO | FAX NUMBER |
|---|---|
| Edward D. Fagan, Esq. | 646-304-6446 or 646-417-5558 |
| Blanche Greenfield, Esq. | 212-788-8877 |
| Charles G. Moerdler, Esq. | 212-806-2647 |

# TRANSCRIPTION:

08 Civ. 0548 (VM) (AJP), Teachers4Action, et al. v. Michael G. Bloomberg, et al.

MEMO ENDORSED 5/13/08

The claims of plaintiff Sidney Rubinfeld are dismissed.

Copies to:   Sidney Rubinfeld (Mail)
             Judge Victor Marrero