# EDWARD D. FAGAN ESQ.

Five Penn Plaza, 23rd Floor, NY, NY 10001, Tel. (646) 378-2225
Email: faganlawintl@aim.com (Official Email Address for Court Documents)
Email : faganlaw.teachers@gmail.com (Email Address for Teachers4Action Case)

*Via Fax (212) 805-7933*
Honorable Andrew J. Peck, USMJ
United States District Court
Southern District of New York
500 Pearl Street, Chambers
New York, NY 10007

RECEIVED
MAY 15 2008
CHAMBERS OF
ANDREW J. PECK

May 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/15/08

Re: *Teachers4Action et al v. Bloomberg et al, 08-cv-548 (VM)(AJP)*

Honorable Judge Peck:

As Your Honor knows, I am counsel for Plaintiffs in the above referenced matter.

I write to inform that Court that, as an accommodation to Defendant New York City Department of Education ("DOE") representative Theresa Europe, based on certain personal matters related to Ms. Europe, Plaintiffs have agreed to conduct the Court Ordered deposition of Ms. Europe next week. The Court will recall that at the May 1, 2008 Hearing, the Court directed that the deposition of DOE Representative Europe was to be completed within two (2) weeks, which time would expire today. Plaintiffs were prepared to conduct the Europe deposition within the time as Ordered by the Court but agreed to Defendant DOE's request as an accommodation and courtesy amongst colleagues. We trust this is acceptable to the Court and will report back next week after completion of the Europe deposition.

I also inform the Court that Defendants have requested, and Plaintiffs will also agree to, a brief extension of time within which to respond to Plaintiffs' May 13, 2008 Motion for Limited Discovery. The parties are working out a mutually agreeable schedule and will submit same to Your Honor for the Court's consideration and endorsement.

As always, thank you for the Court's continued consideration in this case.

Respectfully submitted,

*Edward D. Fagan*

EDF/lsf

Cc: Blanche Greenfield Esq. — For NYC Defendants - Fax # (212) 788-8877
    Charles Moerdler Esq. — For Defendants UFT, Weingarten & Combier — Fax # (212) 806-6006

**MEMO ENDORSED** 5/15/08
APPROVED.
SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

Copy for [illegible]

BY FAX

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: __May 15, 2008__    Total Number of Pages: __2__

| TO | FAX NUMBER |
|---|---|
| Edward D. Fagan, Esq. | 646-304-6446 or 646-417-5558 |
| Blanche Greenfield, Esq. | 212-788-8877 |
| Charles G. Moerdler, Esq. | 212-806-2647 |

# TRANSCRIPTION:

**MEMO ENDORSED 5/15/08**

**Approved.**


Copy to: Judge Victor Marrero