

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/19/08

THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*



LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Blanche Greenfield
Phone: 212-788-0872
Fax: 212-788-8877
E-mail: bgreenfi@law.nyc.gov

May 19, 2008   **BY FAX**

BY FACSIMILE
Magistrate Judge Andrew J. Peck
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805-0036

**MEMO ENDORSED**
*Extension on consent granted.*
*Further hearing for As ability*
*to reply by 6/9.*

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

*Copy for 4 BCF: Atty law*
*to/by Mansro*

Re:  Teachers4Action et al., v. Bloomberg, et al.,
     08 Civ. 0548 (VM) (AJP)

Dear Magistrate Judge Peck,

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for City defendants in the above captioned action. This letter is written on behalf of City and UFT defendants to respectfully request a brief enlargement of time, until May 30, 2008, for the defendants to file their opposition to Plaintiffs' motion for permission to serve "limited" discovery requests as filed with the Court on May 14, 2008. By e-mail dated May 15, 2008 plaintiffs' counsel consented to this request. Plaintiffs' counsel further indicated that on the morning of May 16 he would advise me of the date plaintiffs' wanted for service of their reply. However, as of this writing, plaintiffs' counsel has not had further communication with this office regarding this matter.

We thank the court for its consideration of this request.

Respectfully,

Blanche Greenfield
Assistant Corporation Counsel

cc: Edward Fagan by e-mail
    Charles Moerdler, by facsimile

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** May 19, 2008                                **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Edward D. Fagan, Esq. | 646-304-6446 or 646-417-5558 |
| Blanche Greenfield, Esq. | 212-788-8877 |
| Charles G. Moerdler, Esq. | 212-806-2647 |

# TRANSCRIPTION:

**MEMO ENDORSED 5/19/08**

Extension on consent is approved. Further extensions for defendants are unlikely. Plaintiffs' reply due 6/9.

Copy to:   Judge Victor Marrero