| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 5/27/08 |

------------------------------------x

TEACHERS4ACTION, et al.,

                Plaintiffs,                08 Civ. 0548 (VM) (AJP)

      -against-                     **ORDER**

MICHAEL G. BLOOMBERG, et al.,

                Defendants.

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

The attached requests of plaintiffs Robert C. Grant and Sidney G. Rubinfeld to withdraw as plaintiffs are GRANTED.

Mr. Fagan is to instruct his clients, however, that the Court will not accept more such letters – Mr. Fagan represents the plaintiffs and if any plaintiff in the future wishes to withdraw, they must inform Mr. Fagan and he must file the necessary papers with the Court.

Mr. Fagan is to notify these two plaintiffs and all his clients of this Order.

SO ORDERED.

Dated:      New York, New York<br>             May 27, 2008

                                               Andrew J. Peck<br>                                               United States Magistrate Judge

Copies **by fax & ECF** to:    Edward D. Fagan, Esq.<br>                                       Blanche Greenfield, Esq.<br>                                       Charles G. Moerdler, Esq.<br>                                       Judge Victor Marrero

C:\OPIN\

RECEIVED
MAY 21 2008
CHAMBERS OF
ANDREW J. PECK

May 10, 2008

The Honorable Victor Marrero
United States Federal Court – Second District
500 Pearl Street
New York, NY 10007

Dear Judge Marrero:

    I am writing this letter to inform you that I, Robert C. Grant, residing at 63-26 77th Place, Middle Village, Queens, NY 11379, am withdrawing, effective immediately, as a plaintiff in the suit "Teachers for Action v. Department of Education et al. I believe the case number is: 08-CIV-0548.

    Please feel free to contact me if there are any questions. My information is below. Thank-you.

    With kind regards, I am

                             Respectfully yours,

                             Robert C. Grant    May 19, 2008

DONNA ZHUO CHEN
Notary Public, State of New York
No. 01CH6144561
Qualified in Queens County
Commission Expires April 24, 20__

Robert C. Grant
63-26 77th Place
Middle Village, Queens,
NY 11379

(917) 327-5151
robe9gra@aol.com

COPY FOR YOUR
INFORMATION



Sidney Rubinfeld
7922 68 Road
Middle Village, NY 11379

May 9, 2008

Hon. Justice Victor Marrero
400 Pearl Street
New York, NY

Dear Justice Marrero:

    I, Sidney Rubinfeld, am a named plaintiff in the suit for Teachers4Action vs. DOE, Hon. Michael Bloomberg, UFT. I was represented by Mr. Edward Fagin, esq. I have been advised by my new counsel Mr. Howard Singer, to write to you providing official notice to have my name withdrawn from that complaint. I have contacted Mr. Fagin and provided a notice to withdraw as well as to the following: Teachers4 Action, Mr. Martin Scheinman, esq. Arbitrator, Ms. Blanche Greenstein, esq. and Ms. Theresa Europe, Deputy Chief Counsel for the Department of Education. I have reached a settlement per my hearing with the Department of Education.

Sincerely,

Sidney G. Rubinfeld

Cc: Theresa Europe
    Martin Scheinman