

RECEIVED
JUN 02 2008
CHAMBERS OF
ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/2/08

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Blanche Greenfield
Phone:212-788-0872
Fax:212-788-8877
E-mail:bgreenfi@law.nyc.gov

June 2, 2008

**MEMO ENDORSED** 6/2/08

*[handwritten] Conf. rescheduled at parties' request to 6/11 at 10:30AM in Courtroom 20D.*

**BY FACSIMILE**
Magistrate Judge Andrew J. Peck
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805-0036

**BY FAX**

SO ORDERED:

*[signature]*

Hon. Andrew J. Peck
United States Magistrate Judge

*[handwritten signatures]*

Re:    <u>Teachers4Action et al., v. Bloomberg, et al.,</u>
       <u>08 Civ. 0548 (VM)  (AJP)</u>

Dear Magistrate Judge Peck,

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for City defendants in the above captioned action. I write on behalf of City defendants to respectfully request that the conference scheduled for June 10, 2008 at 2:30 p.m. be adjourned. This request is made because I will not be in the office on June 10, 2008. Plaintiffs and UFT defendants have consented to this request.   Should the Court grant this request, the parties are available on June 11th before 2 p.m. or on June 13th after noon, for the rescheduled conference.

Thank you for your consideration of this request.

Respectfully,

*[signature]*

Blanche Greenfield
Assistant Corporation Counsel

cc: Edward Fagan by e-mail
     Charles Moerdler, by facsimile

2

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
### Southern District of New York
### United States Courthouse
### 500 Pearl Street, Room 1370
### New York, N.Y. 10007-1312

**Fax No.:**      **(212) 805-7933**
**Telephone No.:**  **(212) 805-0036**

**Dated:**   **June 2, 2008**                    **Total Number of Pages:**   **3**

| TO | FAX NUMBER |
|---|---|
| Edward D. Fagan, Esq. | 646-304-6446 or 646-417-5558 |
| Blanche Greenfield, Esq. | 212-788-8877 |
| Charles G. Moerdler, Esq. | 212-806-2647 |

# TRANSCRIPTION:

**MEMO ENDORSED 6/2/08**

**Conf. rescheduled at parties' request to 6/11 at 10:30 AM in Courtroom 20D.**

**Copy to:    Judge Victor Marrero**