UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | | |
|---|---|---|
| Teachers4Action et al, | : | |
| Plaintiffs | : | CIVIL ACTION # |
| | : | 08-CV-548 (VM)(AJP) |
| - vs - | : | |
| | : | |
| Michael Bloomberg, et al, | : | |
| Defendants. | : | |

-----------------------------------------------------------------X

======================================================================

**PROOF OF SERVICE OF MOTION TO BE RELIEVED AS COUNSEL AND FOR OTHER RELIEF ON MARIE ADDOO AND KAREN ORNSTEIN**

======================================================================

Edward D. Fagan hereby declares as follows:

1. I am counsel in the above referenced matter.

2. On May 29, 2008 I provided a courtesy electronic copy of Plaintiffs' Motion (Doc. 53) to be formally Relieved as Counsel and for other relief by sending it to Marie Addoo email address: mcaddoo@gmail.com, and Karen Ornstein email address bluegreenwaters@aol.com . See Exhibit 1.

3. A copy of the Plaintiffs' Motion was also served by regular first class mail, postage prepaid by sending it to:

   Marie Addoo at 59-10 Queens Blvd., Woodside, NY  11377

   Karen Ornstein 5444 Little Neck Parkway, Apt. 3-D, Little Neck, NY  11362

1

4. An electronic copy of the Court's June 2, 2008 Order was provided to Ms. Addoo and Ms. Ornstein on June 2, 2008. That notice also included the re-scheduled June 11, 2008, 10:30 am, date and time and location where the Motion would be heard and the fact that Ms. Addoo's and Ms. Ornstein's attendance was required. See Exhibit 2.

5. As a further notification, Plaintiffs served an additional copy of the Motion papers by Overnight Express Mail to Ms. Addoo and Ms. Ornstein and confirmation that they were served is attached as Exhibit 3.

6. Plaintiffs' representatives who are also in the Queens Rubber Rooms have reminded Ms. Addoo and Ms. Orenstein to remind of the June 11, 2008 hearing and the fact that their attendance is required.

7. As of this date, neither Plaintiffs Teachers4Action Executive Committee nor I have received a responsive pleading or opposition to the relief requested in the May 29, 2008 Motion.

8. The foregoing statements are true to the best of my knowledge information and belief and based on a review of the relevant files and documents.

Dated: June 10, 2008  
New York, NY

Edward D. Fagan Esq. (EF-4125)

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Proof of Service, with supporting document was electronically filed with the Clerk of the Court, with the following courtesy copies:

Copy to the Hon. Andrew J. Peck, USMJ, 500 Pearl Street, Chambers, New York, NY

Electronic Copy sent to Marie Addoo at mcaddoo@gmail.com, and Karen Ornstein email address bluegreenwaters@aol.com

Hard copy sent by 1st class mail postage prepaid to:

    Marie Addoo at 59-10 Queens Blvd., Woodside, NY  11377

    Karen Ornstein 5444 Little Neck Parkway, Apt. 3-D, Little Neck, NY  11362

Additional courtesy electronic copies sent to all counsel of record in this case.

Dated:  June 10, 2008

_____
Edward D. Fagan

Loading "Gmail - Fwd: Activity in Case 1:08-cv-00548-VM-AJP Teachers4Action et al v. Bloomberg et al Motion to Withdraw as Attorney   6/10/08 7:29 AM

Case 1:08-cv-00548-VM-AJP   Document 61   Filed 06/10/2008   Page 4 of 9



Edward Fagan <faganlaw@gmail.com>

# Fwd: Activity in Case 1:08-cv-00548-VM-AJP Teachers4Action et al v. Bloomberg et al Motion to Withdraw as Attorney

**Edward Fagan <faganlaw.teachers@gmail.com>**  Thu, May 29, 2008 at 10:53 PM
To: mcaddoo@gmail.com, bluegreenwaters@aol.com
Cc: Florian Lewenstein <Teachers4Action@gmail.com>, jonathan berlyne <jberlyne@hotmail.com>, angellou2002@yahoo.com, mcloughlin2002@aol.com, michaelhollander@rcn.com, mozap@msn.com

Dear Ms. Addoo and Ms. Ornstein:

With this email, I am sending you a courtesy electronic copy of the Motion to be Relieved and for other Relief filed against each of you today. Please review the papers and consult an attorney to prepare whatever response you may have.

Also with this email, I am sending you a courtesy copy of the Confirmation that the Motion and Supporting Declarations of the Teachers4Action Executive Committee and me were filed.

Ed Fagan
[Quoted text hidden]

---

**3 attachments**

📄 **Teachers - 29 May 2008 Motion to Be Relieved as Counsel.pdf**
   89K

📄 **Teachers - 29 May 2008 Exec Committee Declaration Final.pdf**
   231K

📄 **Teachers - Fagan Decl 29 May 2008 Motion Final.pdf**
   78K

Exhibit 1



Edward Fagan <faganlaw@gmail.com>

# Teachers4Action et al v Bloomberg et al 08-cv-548 (VM)(AJP)

**Edward Fagan <faganlaw@gmail.com>**            Mon, Jun 2, 2008 at 9:53 PM
To: mcaddoo@gmail.com, bluegreenwaters@aol.com
Cc: Florian Lewenstein <teachers4action@gmail.com>, jonathan berlyne <jberlyne@hotmail.com>, angellou2002@yahoo.com, mcloughlin2002@aol.com, michaelhollander@rcn.com, Mo Zapata <mozap@msn.com>

Dear Ms. Addoo and Ms. Ornstein:

Judge Peck has issued an Order today in which he scheduled a hearing on the Motion to Be Relieved as Counsel, for Charging Lien and for other relief. A copy of the Order entered in the Court record is attached for your consideration.

The Hearing was originally scheduled for June 10th at 10:30 am but it is now scheduled for June 11th at 10:30 am.

The Hearing will take place before the Hon. Andrew J. Peck, USMJ, at the US Federal Court House, located at 500 Pearl Street, Courtroom 20-D, New York, NY

Your attendance is required.

Should you have any questions in this regard, feel free to contact me.

Ed Fagan

PS Please note that by a copy of this email, I am notifying the Teachers4Action Executive Committee who will also provide you with a courtesy hard copy of this notification.

NOTE: THIS EMAIL CONTAINS PRIVILEGED & CONFIDENTIAL COMMUNICATIONS. THE EMAIL IS PROTECTED BY ATTORNEY CLIENT, WORK PRODUCT AND OTHER APPLICABLE PRIVILEGES. THE DOCUMENT ALSO CONTAINS COMMUNICATIONS RELATED TO EVIDENTIARY ISSUES AND LITIGATION STRATEGY. IT IS INTENDED ONLY FOR THE ADDRESSEE AND MAY NOT BE USED, DISCLOSED OR DIVULGED WITHOUT PRIOR WRITTEN CONSENT OF THE SENDER & AUTHORIZED RECIPIENTS.

📎 Teachers - Judge Peck's June 2d Order.pdf
73K



Exhibit 2



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **EH19 7774 043U S**
Status: **Delivered**

Your item was delivered at 8:05 AM on June 9, 2008 in WOODSIDE, NY 11377. Waiver of signature was exercised at time of delivery.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

Exhibit 3

EH 197774043 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 07074
Day of Delivery: (illegible)
Postage: $

Date Accepted: 6/7/0Y

Time Accepted: 11:35 AM

Flat Rate ☐ or Weight: 2 lbs oz

Scheduled Date of Delivery: Month / Day 09
Return Receipt Fee: $
Scheduled Time of Delivery: ☐ Noon ☐ 3 PM
COD Fee: $   Insurance Fee: $
Military: ☐ 2nd Day ☐ 3rd Day
Total Postage & Fees: $ 2...
Int'l Alpha Country Code:
Acceptance Emp. Initials:

**MAIL — UNITED STATES POSTAL SERVICE — Post Office To Addressee**
Label 11-B, March 2004

DELIVERY (POSTAL USE ONLY) — Delivery Attempt / Time / AM/PM / Employee Signature (three rows)

CUSTOMER USE ONLY
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

FROM: (PLEASE PRINT) PHONE (917) 239-4989
Ed Fagan
5 Penn Plaza, 23rd Fl
New York NY 10001

TO: (PLEASE PRINT) PHONE
Marie Addoo
59-10 Queens Blvd
Woodside, NY

ZIP+4: 11377+

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

EMS



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EH19 7774 057U S**
Status: **Delivered**

Your item was delivered at 8:32 AM on June 9, 2008 in LITTLE NECK, NY 11362. Waiver of signature was exercised at time of delivery.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA   

```
EH 197774057 US
```

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 07-78
Day of Delivery: Next ☑
Postage: $12.60
Date Accepted: 6/7/08
Scheduled Date of Delivery: 6/8
Time Accepted: 11:30 AM
Scheduled Time of Delivery: 3 PM
Total Postage & Fees: $13.60

**FROM:** PHONE 917 239-4989

Ed Fagen
5 Penn Plaza, 23rd Fl
New York, NY 10001

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811

---

**MAIL**
UNITED STATES POSTAL SERVICE
**Post Office To Addressee**
Label 11-B, March 2004

**TO:** (PLEASE PRINT)

Karen Ornstein
5444 Little Neck Pkwy,
Apt. 3-D
Little Neck, NY
11362+