UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/11/08

TEACHERS4ACTION, et al., :

          Plaintiffs, :        08 Civ. 0548 (VM) (AJP)

          -against- :        **ORDER**

MICHAEL G. BLOOMBERG, et al., :

          Defendants. :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

For the reasons stated at today's conference:

1. Plaintiffs' motion for "limited" discovery (Dkt. No. 42) is DENIED.

2. Plaintiffs' consel's motion for miscellaneous relief including to withdraw from representing plaintiffs Marie Addoo and Karen Orenstein (Dkt. No. 53) is GRANTED, and the claims of those two plaintiffs are dismissed without prejudice. (Mr. Fagan is to serve this Order and the conference transcript on them and file an affidavit of service.)

3. Defendants' motions to dismiss are due July 7, 2008.

SO ORDERED.

Dated:    New York, New York
          June 11, 2008

                                    **Andrew J. Peck**
                                    United States Magistrate Judge

Copies **by fax & ECF** to:    Edward D. Fagan, Esq.
                                  Blanche Greenfield, Esq.
                                  Charles G. Moerdler, Esq.
                                  Judge Victor Marrero

C:\OPIN\