RECEIVED JUN 12 2008 CHAMBERS ANDREW J PECK

# EDWARD D. FAGAN ESQ.

Five Penn Plaza, 23rd Floor, NY, NY 10001, Tel. (646) 378-2225
Email: faganlawintl@aim.com (Official Email Address for Court Documents)
Email: faganlaw.teachers@gmail.com (Email Address for Teachers4Action Case)

June 12, 2008

*Via Fax*
Honorable Andrew J. Peck, USMJ
United States District Court
Southern District of New York
500 Pearl Street, Chambers
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/12/08

Re:   *Teachers4Action et al v. Bloomberg et al, 08-cv-548 (VM)(AJP)*

Honorable Judge Peck:

Plaintiffs are in receipt of Doc. # 63, which was the Order Your Honor filed after the June 11, 2008 Conference and hearing.

I note that the Order seems to have overlooked or omitted two points that were addressed on the record. These points are:

1. As to the Motion for Limited Discovery, the Court declined to entertain "parsing" of the requests but did allow Plaintiffs to submit a supplemental Motion related specific documents, such as (and by way of example) the Documents referenced in Requests # 2 & # 3 of the Document Requests directed at the NYC Defendants.

2. As to the application pursuant to FRCP 34 (a) (2), the Court granted Plaintiffs' application and ruled that NYC & Union Defendants cooperate with Plaintiffs and that a qualified videographer paid for by Plaintiffs, can, before the end of the school year – i.e. June 26, 2008, enter (after 3 pm or such other time as the teachers daily "work hours" end) and photograph / document the conditions in ~~each of the~~ Temporary Reassignment Centers a/k/a Rubber Rooms (such as the Manhattan Rubber Room – at 333 7th Avenue, Washington Heights Rubber Room – at 4111 Broadway and the Queens Rubber Room – at 30-48 Linden Place) that will not be used for 2008/9 school year. And, if possible, Plaintiffs are to produce an immediate copy of the videographers' film or dvd.

To save the Court's time, Plaintiffs propose that Your Honor consider simply "So Ordering" this letter so that the docket accurately reflects Your Honor's ruling on the Record at yesterday's Conference and Hearing.

As always, thank you for Your Honor's continued consideration in this regard.

Respectfully submitted,

Edward D. Fagan
EDF/lsf

Cc: Blanche Greenfield Esq. – For NYC Defendants – Fax (212) 788-8877
Charles Moerdler Esq. – For Defendants UFT, Weingarten & Combier – Fax (___) ___-____

**BY FAX**

**MEMO ENDORSED** 6/12/08

Subject to the full rubric of the horsey [illegible handwritten annotations] applicable and additional summary

SO ORDERED
[signature] Peck
United States Magistrate Judge

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** June 12, 2008                              **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Edward D. Fagan, Esq. | 646-304-6446 or 646-417-5558 |
| Blanche Greenfield, Esq. | 212-788-8877 |
| Charles G. Moerdler, Esq. | 212-806-2647 |

# TRANSCRIPTION:

[Insert to line 5 of ¶ 2: . . . conditions in <u>no more than 3</u> Temporary Reassignment Centers . . . ]

**MEMO ENDORSED 6/12/08**

  Subject to the full rulings on the transcript, this is approved as an additional summary.

Copy to: Judge Victor Marrero