# EDWARD D. FAGAN ESQ.

Five Penn Plaza, 23rd Floor, NY, NY 10001, Tel. (646) 378-2225
Email: faganlawintl@aim.com (Official Email Address for Court Documents)
Email: faganlaw.teachers@gmail.com (Email Address for Teachers4Action Case)

*Via Hand Delivery*
Honorable Andrew J. Peck, USMJ
United States District Court
Southern District of New York
500 Pearl Street, Chambers
New York, NY 10007

RECEIVED JUN 16 2008 CHAMBERS OF ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/16/08

June 16, 2008

Re:   *Teachers4Action et al v. Bloomberg et al, 08-cv-548 (VM)(AJP)*

Honorable Judge Peck:

I write to inform the Court of a recent development that Plaintiffs respectfully submit bear upon the present procedural and discovery posture of the case. Allow me to explain.

Last Friday June 13, 2008, the Hon. Jed S. Rakoff USDJ issued a Memorandum Order in *Shapiro et al v New York City Board of Education 06-cv-1836 (JSR) ("The Shapiro Case")*[1]. A courtesy copy is being submitted with the hard copy of this letter and it is already been docketed.

Plaintiffs submit that in light of Judge Rakoff's June 13th decision in *The Shapiro Case*, the doctrine of Collateral Estoppel should apply to certain of Plaintiffs' claims, as well as to certain defenses that Defendant New York City Board of Education (defendant in both cases) may wish to advance, in the case before Your Honor. For ease of reference, the issues as to which Plaintiffs' submit Collateral Estoppel should apply – at this procedural stage - relate to claims and defenses related to "hostile work environment" created by the transfers of Plaintiffs to the Temporary Reassignment Centers a/k/a/ Rubber Rooms and the 3020a disciplinary proceedings, which were considered and ruled upon by Judge Rakoff in *The Shapiro Case*. *

Plaintiffs also submit that Judge Rakoff's decision in *The Shapiro Case* bears upon the discovery posture in the instant case. In light of Judge Rakoff's decision, Plaintiffs submit the Court should consider lifting the stay of discovery, either in whole or in part, so the parties can gather the information and additional evidence that needs to be provided to Your Honor and/or Judge Marrero, so Plaintiffs' and Defendants' dispositive Motions can be properly considered.

In view of the foregoing, Plaintiffs urge the Court to convene the parties for a Status Conference at the Court's earliest convenience. As always, thank you for Your Honor's continued consideration in this regard.

Respectfully submitted,
Edward D. Fagan
EDF/lsf

Cc: Blanche Greenfield Esq. – For NYC Defendants- Fax (212) 788-8877
Charles Moerdler Esq. – For Defendants UFT, Weingarten & Combier – Fax (212) 806-6006

**MEMO ENDORSED** 6/16/08
Requests DENIED. The forthcoming different [handwritten annotation largely illegible] ... Copies to Judge Marrero.

/s/ Andrew J. Peck
United States Magistrate Judge

BY FAX

---

[1] The Court should note that two plaintiffs in the instant action were also named in *The Shapiro Case* and therefore Plaintiffs will need to address this fact and if [illegible] sever [illegible] from the instant actions.

* Attached Shapiro Case - 31 p [illegible]

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  June 16, 2008                              Total Number of Pages:  2

| TO | FAX NUMBER |
|---|---|
| Edward D. Fagan, Esq. | 646-304-6446 |
| Blanche Greenfield, Esq. | 212-788-8877 |
| Charles G. Moerdler, Esq. | 212-806-2647 |

# TRANSCRIPTION:

MEMO ENDORSED 6/16/08

Requests **DENIED**.  The facts are different and all Judge Rakoff did was deny Dep't of Ed's summay judgment motions.

Copy to:    Judge Victor Marrero