Karen Ornstein
54-44 Little Neck Parkway
Apartment 3D
Little Neck, New York 11362



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/23/08

June 18, 2008

The Honorable Victor Marrero
United States Federal Court-Second District
500 Pearl Street
New York, NY 10007

Dear Justice Marrero:

    I was a participant in the federal suit filed by Teachers4Action against The Department of Education et al. My attorney for that action, Edward D. Fagan, esq. failed to discharge his duties responsibly and ethically. Specifically, Mr. Fagan brought spurious charges against the Arbitrators in the 3020a cases. Mr. Fagan has failed time and again to file motions in a timely fashion. He sent an email in which he indicated that he was dropping me from the lawsuit. He took this action because I spoke to UFT representative Betsy Combier against his wishes and he is now seeking a charging lien against me for his representation in the federal lawsuit. In addition, Mr. Fagan has ordered his minions on the Executive Committee of Teachers4Action at the Queens Reassignment Center to harass me with demands for information and he has attempted to serve me with a subpoena in the Department of Education building that I am housed in. I seek the assistance of your court to order Mr. Fagan to cease and desist from further harassment and I plead that the fullest sanctions be placed on Mr. Fagan as he has abused his role of officer of the court and is engaging in what is tantamount to malicious prosecution.

I am requesting that you release me from the federal lawsuit as Mr. Fagan has failed to do so.

Sincerely,

*Karen Ornstein*
Karen Ornstein

BY FAX

**MEMO ENDORSED** 6/19/08

*The Court has already dismissed your [illegible] for this lawsuit (without prejudice) to [illegible] any support [illegible] this.*

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

*Copy: Ms Ornstein [illegible]
All Counsel [illegible]
Judge Marrero*

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: June 23, 2008                Total Number of Pages: 2

| TO | FAX NUMBER |
|---|---|
| Edward D. Fagan, Esq. | 646-304-6446 or 646-417-5558 |
| Blanche Greenfield, Esq. | 212-788-8877 |
| Charles G. Moerdler, Esq. | 212-806-2647 |

# TRANSCRIPTION:

**MEMO ENDORSED 6/23/08**

The Court has already dismissed you from this lawsuit (without prejudice). Mr. Fagan was supposed to notify you of this.

Copies to:   Karen Ornstein (Regular & Certified Mail)
             Judge Victor Marrero