**MEMO ENDORSED** 7/2/08

[Handwritten annotations by Judge:]
1. Any buy up of UFT reps and/or by plaintiff but (?) shown as formal and (?) coordination...
2. ... I am only ruling only that (?) will be appear a "limited" §636(c) consent...

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge
7/2/08

# STROOCK

July 1, 2008

VIA FACSIMILE

Alan M. Klinger
Direct Dial 212-806-5818
Direct Fax 212-806-7818
aklinger@stroock.com

Honorable Victor Marrero, USDJ
Honorable Andrew J. Peck, USMJ
United States District Court
Southern District of New York
United States Court House
500 Pearl Street
New York, N.Y. 10007

[Stamp: RECEIVED JUL -1 2008 CHAMBERS OF ANDREW J. PECK]

[Stamp: BY FAX]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC# _____ DATE FILED: 7/2/08]

Re:   Teachers4Action et al. v. Bloomberg et al.;
      08 Civ. 548 (VM)(AJP)

Honorable Judges:

As the Court is aware, we represent Defendants Randi Weingarten, President of the United Federation of Teachers ("UFT"), the UFT and Betsy Combier (collectively, the "UFT Defendants") in the above-captioned matter. We write to request an extension of the page limitation set forth in Your Honors' individual practice rules.

On June 2, 2008, the UFT Defendants were served with Plaintiffs' sixty-three page Second Amended Complaint ("Second Complaint"), alleging twelve causes of action and annexing five exhibits. Pursuant to the schedule set forth by Magistrate Judge Peck in his June 11, 2008 Order, we intend to file a motion to dismiss the complaint in its entirety as to the UFT Defendants on July 7, 2008.

To meaningfully address the legal sufficiency of all the claims alleged in the voluminous Second Complaint, more than 25 pages is necessary. Therefore, we respectfully request that the page limitation be enlarged to 50 pages.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

Honorable Victor Marrero, USDJ
Honorable Andrew J. Peck, USMJ
July 1, 2008
Page 2


Respectfully,

*[signature]*

Alan M. Klinger


cc:   Charles G. Moerdler, Esq.
      Edward D. Fagan, Esq.
      Blanche Greenfield, Esq.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** July 2, 2008                            **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Edward D. Fagan, Esq. | 646-304-6446 or 646-417-5558 |
| Blanche Greenfield, Esq. | 212-788-8877 |
| Charles G. Moerdler, Esq. | 212-806-2647 |
| Dina Kolker, Esq. | 212-806-2606 |
| Alan M. Klinger, Esq. | 212-806-7818 |

# TRANSCRIPTION:

**MEMO ENDORSED 7/2/08**

1. Oversize brief up to 50 pages will be permitted <u>but</u> (a) make it as short as possible and (b) coordinate with the Dep't of Education's motion if possible.
2. Judge Marrero has informed me that he will be referring the motion to me for a Report and Recommendation. I previously asked the parties whether they wished to agree on a "limited" § 636(c) consent for just the motions to dismiss. Since you all were unable to coordinate a joint response, each party is to <u>separately</u> inform the Court of their position by 7/7/08.

**Copy to:** Judge Victor Marrero