



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/7/08

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Blanche Greenfield
Phone: 212-788-0872
Fax: 212-788-8877
E-mail: bgreenfi@law.nyc.gov

July 7, 2008

**BY FACSIMILE**
Magistrate Judge Andrew J. Peck
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805-7933

Re:  Teachers4Action et al., v. Bloomberg, et al.,
     08 Civ. 0548 (VM) (AJP)

Dear Magistrate Judge Peck,

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for City defendants in the above captioned action. I write in response to the Court's July 2, 2008 Order. City defendants consent to having your Honor hear the motions to dismiss.

City defendants also respectfully request permission to file a memorandum of law in support of their motion to dismiss that that is no more than thirty five pages.

Thank you for your consideration in this matter.

Respectfully,

Blanche Greenfield
Assistant Corporation Counsel

**MEMO ENDORSED**
1. 35 pg brief approved
2. The Court has yet to hear from it's attempt of does for plfs — plfs should submit [illegible] AJP.

SO ORDERED
Hon. Andrew Jay Peck
United States Magistrate Judge

cc: Edward Fagan by e-mail
 Charles Moerdler, by facsimile

2

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: __July 7, 2008__                    Total Number of Pages: __3__

| TO | FAX NUMBER |
|---|---|
| Edward D. Fagan, Esq. | 646-304-6446 or 646-417-5558 |
| Blanche Greenfield, Esq. | 212-788-8877 |
| Charles G. Moerdler, Esq. | 212-806-2647 |
| Dina Kolker, Esq. | 212-806-2606 |
| Alan M. Klinger, Esq. | 212-806-7818 |

# TRANSCRIPTION:

**MEMO ENDORSED 7/7/08**

1. 35 page brief approved.

2. The Court has yet to hear from plaintiffs' counsel re § 636(c) for the motions – Mr. Fagan is to respond ASAP.

Copy to:   Judge Victor Marrero