UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

TEACHERS4ACTION, et al.,

                      Plaintiffs,

      -against-

MICHAEL G. BLOOMBERG, et al.,

                      Defendants

------------------------------------------------------------------ X

**NOTICE OF MOTION**

08 Cv. 548 (VM) (AJP)

**PLEASE TAKE NOTICE** that upon the declaration of Assistant Corporation Counsel Blanche Greenfield dated July 7, 2008 and the exhibits annexed thereto, City Defendants Memorandum of Law In Support of Their Motion to Dismiss, dated July 7, 2008, and all other pleadings and proceedings herein, City defendants will move this Court at the United States Courthouse, for the Southern District Court of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 12 (b)(1) and 12 (b)( 6) of the Federal Rules of Civil Procedure dismissing all claims asserted in the Second Amended Complaint against City defendants and granting such other relief as to this Court seems proper.

**PLEASE TAKE FURTHER NOTICE**, that opposing papers, if any, must be served on the undersigned by July 21, 2008.

Dated:   New York, New York
         July 7, 2008

                      MICHAEL A. CARDOZO
                      Corporation Counsel of the
                        City of New York
                      Attorney for City Defendants
                      100 Church Street, Room 2-142
                      New York, New York 10007
                      (212) 788-0872

            By:   _____
                      Blanche Greenfield
                      Assistant Corporation Counsel
                      bgreenfi@law.nyc.gov

TO:   Edward Fagan .
       Attorney for Plaintiffs

       Charles Moerdler
       Attorney for UFT defendants

       By ecf