UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                       :

TEACHERS4ACTION, et al.,             :   Index No. 08 Civ. 548 (VM) (AJP)
                                   :

                 Plaintiffs,   :   **NOTICE OF MOTION**
   v.                         :   **TO DISMISS THE**
                                   :   **<u>SECOND AMENDED COMPLAINT</u>**

MICHAEL G. BLOOMBERG, et al.,   :
                                   :

               Defendants.   :
                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        PLEASE TAKE NOTICE that upon the annexed Declaration of Alan M. Klinger,

dated July 7, 2008, the exhibits attached thereto, and the accompanying Memorandum of Law in

Support of UFT Defendants' Motion to Dismiss the Second Amended Complaint, Defendants

Randi Weingarten, President of the United Federation of Teachers ("UFT"), the UFT and Betsy

Combier (collectively "UFT Defendants"), by their attorneys Stroock & Stroock & Lavan LLP

and Adam S. Ross, Esq., will move this Court, before the Honorable Andrew J. Peck, United

States Magistrate Judge for the Southern District of New York, at the United States Courthouse,

500 Pearl Street, New York, NY 10007, as soon as counsel may be heard, for an Order pursuant

to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Second Amended

Complaint as to the UFT Defendants, and granting such other and further relief as this Court

deems proper.

Dated: New York, New York
      July 7, 2008

STROOCK & STROOCK & LAVAN LLP

By: _____
     Charles G. Moerdler
     Alan M. Klinger
     (A Member of The Firm)
     180 Maiden Lane
     New York, New York 10038
     (212) 806-5400

     - and-

     Adam S. Ross, Esq.
     United Federation of Teachers
     52 Broadway
     New York, NY 10004
     (212) 701-9420

     *Counsel for UFT Defendants*