UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
TEACHERS4ACTION, et al.,                         :    Index No. 08 Civ. 548 (VM) (AJP)
                                                 :
                        Plaintiffs,              :
        v.                                       :
                                                 :
MICHAEL G. BLOOMBERG, et al.,                    :
                                                 :
                        Defendants.              :
                                                 :
------------------------------------------------ x


## CERTIFICATION OF SERVICE

I, Gary W. Malpeli, hereby certify, under penalty of perjury, that on July 7, 2008, I caused one copy of the accompanying Notice of Motion to Dismiss the Second Amended Complaint, Declaration of Alan M. Klinger in Support, and Memorandum of Law in Support of UFT Defendants' Motion to Dismiss Second Amended Complaint to be served on:

| | |
|---|---|
| Edward D. Fagan, Esq<br>5 Penn Plaza, 23rd Floor<br>New York, New York 10001<br>Phone: (646) 378-2225<br><br>Faganlaw.teachers@gmail.com<br><br>**VIA UNITED PARCEL SERVICE AND ELECTRONIC MAIL** | Blanche Greenfield<br>Assistant Corporation Counsel<br>100 Church Street<br>New York, New York 10007<br>(212) 788-0872<br><br>bgreenfi@law.nyc.gov<br><br>**VIA UNITED PARCEL SERVICE AND ELECTRONIC MAIL** |

                                             _____/s/_____
                                                        Gary W. Malpeli