UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/4/08

------------------------------------x

TEACHERS4ACTION, et al.,            :

                Plaintiffs,   :   08 Civ. 0548 (VM) (AJP)

      -against-                    :   **ORDER**

MICHAEL G. BLOOMBERG, et al.,       :

                Defendants.   :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

      1.    The Court will hold a hearing to discuss plaintiffs' counsel's motion to be relieved as counsel for plaintiff Florian Lewenstein, and for other relief (Dkt. No. 86) on <u>August 13, 2008 at 10 a.m.</u> Counsel are to appear as is Mr. Lewenstein personally (or by new separate counsel). If Mr. Lewenstein fails to appear, the motion will be granted and Mr. Lewenstein's own claim will be stayed or dismissed without prejudice. If defendants or Mr. Lewenstein wish to file any opposition papers, they should do so by August 12, 2008, by fax.

C:\OPIN\

2

2.    The Court <u>rejects</u> the proposed extension to the briefing schedule. Plaintiffs' opposition papers are due August 11, 2008 (and can assume that plaintiffs' counsel will not represent Mr. Lewenstein) and defendants' reply papers are due August 25, 2008.[1]

SO ORDERED.

Dated:    New York, New York
         August 4, 2008

Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Edward D. Fagan, Esq.
Blanche Greenfield, Esq.
Charles G. Moerdler, Esq.
Dina Kolker, Esq.
Alan M. Klinger, Esq.
Florian Lewenstein (Email, Regular & Certified Mail)
Judge Victor Marrero

---

[1]    If the parties want a <u>longer</u> briefing schedule, defendants can withdraw their motions without prejudice and re-file in late August.

C:\OPIN\