UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

TEACHERS4ACTION, et al.,          :

        Plaintiffs,          :          08 Civ. 0548 (VM) (AJP)

    -against-          :          **ORDER**

MICHAEL G. BLOOMBERG, et al.          :

        Defendants.          :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/13/08

**ANDREW J. PECK, United States Magistrate Judge:**

    Plaintiffs' papers opposing defendants' motion for summary judgment, recognize that many of plaintiffs' claims are based on Title VII, but are remarkably vague as to which plaintiffs, if any, received EEOC right to sue letters, and timely filed the original complaint within 90 days of receipt of the right to sue letters. The Court has referred to this deficiency several times in the past.

    To bend over backward for plainttiffs, this Court gives plaintiffs until <u>August 22, 2008</u> to do what should have been done ages ago – provide copies of the EEOC right to sue letters for each plaintiff. (Presumably, if counsel has not violated Fed. R. Civ. P. 11, he already has these in his file.) For each plaintiff who did not receive a Right to Sue Letter, the Court strongly suggests

C:\OPIN\

2

plaintiffs' counsel agree to voluntarily dismiss their Title VII claims (if counsel fails to do so, the Court will seriously consider sanctions under Rule 11 or 28 U.S.C. § 1927).

SO ORDERED.

Dated:	New York, New York
	August 13, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:	Edward D. Fagan, Esq.
	Blanche Greenfield, Esq.
	Charles G. Moerdler, Esq.
	Dina Kolker, Esq.
	Alan M. Klinger, Esq.
	Florian Lewenstein
	Judge Victor Marrero

C:\OPIN\