

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/13/08

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

Blanche Greenfield
Phone: 212-788-0872
Fax: 212-788-8877
E-mail: bgreenfi@law.nyc.gov



August 13, 2008

**BY FACSIMILE**
Magistrate Judge Andrew J. Peck
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805-0036

**MEMO ENDORSED** 8/13/08
*APPROVED*

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Re:  Teachers4Action et al., v. Bloomberg, et al.,
     08 Civ. 0548 (VM) (AJP)

**BY FAX**

Dear Magistrate Judge Peck,

   I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for City defendants in the above captioned action. I write in response to the Court's August 13, 2008 Order which grants plaintiffs' until August 22, 2008 to provide copies of the right to sue letters they received.

   Pursuant to the present briefing schedule, City defendants' Reply papers in support of their motion to dismiss the Second Amended Complaint are due on August 25, 2008. However, because I will be on vacation from August 22, 2008 through September 3, 2008, City defendants will be filing their Reply papers on August 21, 2008. As such, City defendants will not have the opportunity to address plaintiffs' August 22, 2008 submissions in their Reply papers. Accordingly, City defendants respectfully request that they be given until September 5, 2008 to file supplemental reply papers limited to addressing plaintiffs' August 22, 2008

submissions.

Thank you for your consideration in this matter.

Respectfully,

Blanche Greenfield
Assistant Corporation Counsel

cc: Edward Fagan by e-mail
    Charles Moerdler, by facsimile

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** August 13, 2008                                **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Edward D. Fagan, Esq. | 646-304-6446 or 646-417-5558 |
| Blanche Greenfield, Esq. | 212-788-8877 |
| Charles G. Moerdler, Esq. | 212-806-2647 |
| Dina Kolker, Esq. | 212-806-2606 |
| Alan M. Klinger, Esq. | 212-806-7818 |
| Florian Lewenstein | 888-845-8593 |

# TRANSCRIPTION:

**MEMO ENDORSED 8/13/08**

Approved.


**Copy to:** Judge Victor Marrero