UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
Teachers4Action et al,              :    Civil Action #
                       **Plaintiffs**   :    08-cv-548 (VM)(AJP)
v.                                  :
                                  :
Bloomberg et al,                    :    NOTICE OF FILING
                       **Defendants.**  :
------------------------------------------------------------ X

Edward D. Fagan hereby declares and says:

1. I am Plaintiffs' counsel and I hereby file the following documents for the Court's consideration.

2. Additional signature pages of Plaintiffs Olga Batyreva, Gloria S. Chávez, Raymond Nunge, Brandi Dawn Scheiner, Alan Schlessinger and Barbara Segall, attesting to facts in the August 11, 2008 Joint Declaration in Opposition to Defendants' Motions to Dismiss and in support of Plaintiffs' Cross Motion. Additional signature pages will be submitted as they are received.

3. As to Plaintiffs' production of copies of Right to Sue Letters, I am advised that copies of those letters and copies of all files of complaints related to Plaintiffs Olga Batyreva, Jaime Castro, Gloria Chávez, Josefina Cruz, Roselyne Gisors, Jennifer Saunders and Michael Westbay are and have been in the possession of Defendant NYC Department of Education , 52 Chambers Street, Room 308, New York, NY 10007, Human Resources Director, Office of Legal Services and Susan Holtzman Esq.  The above Plaintiffs' Title VII complaints were for,

among other reasons, unlawful discrimination based on race, age, gender/sex, religion, ethnic or national origin and/or disability. I am in the process of getting the return of Plaintiffs' files from Mr. Lewenstein and will supplement this submission next week. As Plaintiffs return from their summer break they are assisting me in providing hard copies of these documents that are already in the Defendants' possession. Plaintiffs will provide the documents by August 22, 2008 as directed by the Court.

4. The foregoing statements by me are true to the best of my knowledge, information and belief.

Dated: August 15, 2008
New York, NY

/s/ Edward D. Fagan (electronically signed)
Edward D. Fagan Esq.
5 Penn Plaza, 23rd Floor
New York, NY 10001
Tel. (646) 378-2225
Plaintiffs' Counsel

---

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing August 15, 2008 **NOTICE OF FILING** along with attachments are being filed electronically with the Clerk of the Court.

Hard copies of the papers are being hand delivered to the Hon. Andrew J. Peck USMJ and to counsel of record Blanche Greenfield Esq. Office of Corporation Counsel 100 Church Street, 4th Floor, New York, NY and Charles Moerdler Esq. of Stroock Stroock & Lavan 180 Maiden Street, New York, NY

Dated: August 15, 2008
New York, NY

/s/ Edward D. Fagan (electronically signed)
Edward D. Fagan, Esq.

## DECLARATION UNDER 28 USC § 1746

I declare, verify, certify and state under the penalty of perjury that the facts and statements contained above are true and accurate to the best of my knowledge information and belief.

Dated August 11, 2008   *Olga Baetyreuy*

## DECLARATION UNDER 28 USC § 1746

I declare, verify, certify and state under the penalty of perjury that the facts and statements contained above are true and accurate to the best of my knowledge information and belief.

Dated: August 11, 2008                    *Gloria S. Chavez*

## DECLARATION UNDER 28 USC § 1746

I declare, verify, certify and state under the penalty of perjury that the facts and statements contained above are true and accurate to the best of my knowledge information and belief.

Dated: August  , 2008          *Raymond Hunge* (signature)

## DECLARATION UNDER 28 USC § 1746

I declare, verify, certify and state under the penalty of perjury that the facts and statements contained above are true and accurate to the best of my knowledge information and belief.

Dated: August 11, 2008   *[signature]*

## DECLARATION UNDER 28 USC § 1746

I declare, verify, certify and state under the penalty of perjury that the facts and statements contained above are true and accurate to the best of my knowledge information and belief.

Dated: August 11, 2008          _____

## DECLARATION UNDER 28 USC § 1746

I declare, verify, certify and state under the penalty of perjury that the facts and statements contained above are true and accurate to the best of my knowledge information and belief.

Dated: August 11, 2008

*Barbara Segall* (signature)