USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X
Teachers4Action et al,                              :    Civil Action #
                              Plaintiffs            :    08-cv-548 (VM)(AJP)
     v.                                             :
                                                    :
Bloomberg et al,                                    :
                              Defendants.           :
-------------------------------------------------- X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41 (a) (1) (A) (i)

Plaintiff Nahid Wakili has directed counsel to, and I therefore, hereby voluntarily dismiss Plaintiffs' complaint in the above referenced matters, in accordance with the terms of FRCP 41 (a)(1)(A)(i), and without prejudice, as against Defendants, none of whom/which have filed answers and/or Motions for Summary Judgment.

Dated: August 15, 2008
New York, NY

/s/ Edward D. Fagan (electronically signed)
Edward D. Fagan, Esq.
5 Penn Plaza, 23rd Floor
New York, NY 10001
Tel. (646) 378-2225
Plaintiffs' Counsel

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing

August 15, 2008 Voluntary Dismissal of Plaintiff Nahid Wakili's Complaint

is being filed electronically with the Clerk of the Court.

Hard copies of the papers are being hand delivered to the Hon. Andrew J. Peck USMJ and to counsel of record Blanche Greenfield Esq. Office of Corporation Counsel 100 Church Street, 4th Floor, New York, NY and Charles Moerdler Esq. of Stroock Stroock & Lavan 180 Maiden Street, New York, NY

Dated: August 15, 2008
New York, NY

/s/ Edward D. Fagan (electronically signed)
Edward D. Fagan, Esq.