# STROOCK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/21/08

**MEMO ENDORSED** 8/21/08

*Extension of page limit to 25 pages approved but try to keep it shorter than that!*

SO ORDERED:

_____
Hon. Andrew Jay Peck
United States Magistrate Judge

August 20, 2008

By Facsimile

Alan M. Klinger
Direct Dial 212-806-5818
Direct Fax 212-806-7818
aklinger@stroock.com

Honorable Andrew J. Peck, USMJ
United States District Court
Southern District of New York
United States Court House
500 Pearl Street
New York, N.Y. 10007

**BY FAX**

AUG 20 2008
CHAMBERS OF
ANDREW J. PECK

Re: Teachers4Action et al. v. Bloomberg et al.;
08 Civ. 548 (VM) (AJP)

Dear Judge Peck:

As the Court is aware, we represent Defendants Randi Weingarten, President of the United Federation of Teachers ("UFT"), the UFT and Betsy Combier (collectively, the "UFT Defendants") in the above-captioned matter. We write to request an extension of the page limitation set forth in Your Honor's individual practice rules.

On August 12, 2008, the UFT Defendants received Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Dismiss, Plaintiffs' Joint Declaration in support thereof and several exhibits, including what purports to be an expert report. Pursuant to the schedule set forth in Your Honor's July 23, 2008 Order, we intend to file our reply papers on August 25, 2008.

To properly respond to Plaintiffs' submissions, which, in addition to addressing claims in the Second Amended Complaint, also attempt to incorporate a wide-range of media, advisory documents, previous court filings and new allegations, more than 10 pages is necessary. Therefore, we respectfully request that the page limitation be enlarged to 25 pages.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

Honorable Andrew J. Peck, USMJ
August 20, 2008
Page 2


Respectfully,

Alan M. Klinger

cc:   Edward D. Fagan, Esq.
      Blanche Greenfield, Esq.
      Charles G. Moerdler, Esq.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

FACSIMILE

| DATE | | August 20, 2008 | | |
|---|---|---|---|---|

| TO | COMPANY NAME | FAX NO. | PHONE NO. |
|---|---|---|---|
| Magistrate Judge Andrew J. Peck | US District Court | (212) 805-7933 | (212) 805-0036 |
| Edward D. Fagan, Esq. | | (646) 417-5558 | (646) 378-2225 |
| Blanche Greenfield, Esq. | The City of New York Law Department Corporation Counsel of the City of New York | (212) 788-8877 | (212) 788-0872 |

| TOTAL NO. OF PAGES | 3 |
|---|---|
| FROM | Alan M. Klinger |
| SENDER'S FAX NUMBER | (212) 806-7818 |
| SENDER'S PHONE NUMBER | (212) 806-5818 |
| SENDER'S EMAIL | aklinger@stroock.com |
| ROOM NO. | 3377 |
| ATTORNEY NO. | 0349 |
| CLIENT/MATTER NO. | 655901-0975 |

COMMENTS

Please see attached letter

CONFIDENTIAL   The information contained in this facsimile is privileged and confidential, and is intended only for the use of the individual named above and others who have been specially authorized to receive such. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with this transmission, please notify us by telephone at 212 806-6102.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM