UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
TEACHERS4ACTION, et al.,,

                      Plaintiffs,

      -against-

MICHAEL G. BLOOMBERG, et al.,

                    Defendants.

**SUPPLEMENTAL DECLARATION OF ASSISTANT CORPORATION COUNSEL BLANCHE GREENFIELD IN FURTHER SUPPORT OF CITY DEFENDANTS' MOTION TO DISMISS**

**08 civ. 00548 (VM) (AJP)**

------------------------------------------------------------------------x

      **BLANCHE GREENFIELD**, an attorney duly admitted to practice law before the bar of this Court, declares, under the penalty of perjury, as follows:

      1.    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for City defendants in the above-captioned action.

      2.    I submit this supplemental declaration in order to place before the Court the transcript of the June 11, 2008 conference held in this case. A copy of the June 11, 2008 transcript is annexed hereto as Exhibit "I."

      **WHEREFORE**, for the reasons set forth in City defendants' motion to dismiss and their reply papers, City Defendants respectfully request that the Second Amended Complaint be

- 2 -

dismissed in its entirety, with prejudice, with fees and costs and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
      August 21, 2008                          /s/
                                                   Blanche Greenfield
                                                   Assistant Corporation Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
TEACHERS4ACTION, et al.,,

                        Plaintiffs,

           -against-

MICHAEL G. BLOOMBERG, et al.,

                       Defendants.

**SUPPLEMENTAL DECLARATION OF ASSISTANT CORPORATION COUNSEL BLANCHE GREENFIELD IN FURTHER SUPPORT OF CITY DEFENDANTS' MOTION TO DISMISS**

**08 civ. 00548 (VM) (AJP)**

------------------------------------------------------------------------x

**BLANCHE GREENFIELD**, an attorney duly admitted to practice law before the bar of this Court, declares, under the penalty of perjury, as follows:

1. I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for City defendants in the above-captioned action.

2. I submit this supplemental declaration in order to place before the Court the transcript of the June 11, 2008 conference held in connection with this case. A copy of the June 11, 2008 transcript is annexed hereto as Exhibit "I."

**WHEREFORE**, for the reasons set forth in City defendants' motion to dismiss and their reply papers, City Defendants respectfully request that the Second Amended Complaint be

- 2 -

dismissed in its entirety, with prejudice, with fees and costs and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
      August 21, 2008       /s/ _____
                                          Blanche Greenfield
                                          Assistant Corporation Counsel