**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ X
Teachers4Action et al,                       :        Civil Action #
                              Plaintiffs      :        08-cv-548 (VM)(AJP)
        v.                                    :
                                              :
Bloomberg et al,                              :
                              Defendants.  :
------------------------------------------------------------ X
```

================================================================

**MOTION FOR FOLLOWING MISCELLANEOUS RELIEF (i) ORDER
RELIEVING ED FAGAN AS COUNSEL FOR MICHAEL HOLLANDER AND (ii)
FOR OTHER RELIEF**

================================================================

**PLEASE TAKE NOTICE** that the above referenced will move this Honorable

Court, as soon as counsel can be heard, at the United States District Court for the

Southern District of New York, located at 500 Pearl Street, New York, NY 10007,

Courtroom 20 D, before the Honorable Andrew J. Peck, USMJ, for, among other things,

1.  An Order Relieving Edward Fagan as Counsel of Record for Michael Hollander;

2.  An Order, pursuant to FRCP 42 (b), severing the claims of Michael Hollander;

    and

3.  For Such other and Further Relief as the Court deems just and equitable.


**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Movant

shall rely upon the attached Declaration of Edward D. Fagan and supporting

Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that opposition, if any, should be filed in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District.

Dated: August 21, 2008
New York, NY

/s/ Edward D. Fagan (electronically signed)
Edward D. Fagan Esq.
5 Penn Plaza, 23rd Floor
New York, NY  10001
Tel. (646) 378-2225
Plaintiffs' Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing

### MOTION FOR FOLLOWING MISCELLANEOUS RELIEF (i) ORDER RELIEVING ED FAGAN AS COUNSEL FOR MICHAEL HOLLANDER (ii) FOR OTHER RELIEF

along with supporting Affidavits/Declarations and Accompanying Memorandum of Law are being electronically filed with the Clerk of the Court.

Hard copies of the papers are being hand delivered and mailed with proof of receipt requested to:

Michael Hollander

79-25 150 Street, Apt. 3C

New York, NY  11367

Email:  michaelhollander@rcn.com

In addition, courtesy copies of the papers will be electronically transmitted and/or  mailed to each of the counsel of record in all matters.

Dated: August 2\, 2008
     New York, NY

/s/ Edward D. Fagan (electronically signed)
      Edward D. Fagan, Esq.