UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
Teachers4Action et al,                  :   Civil Action #
               **Plaintiffs**  :   08-cv-548 (VM)(AJP)
v.                                      :
                                        :
Bloomberg et al,                        :
               **Defendants.**  :
---------------------------------------------------------- X

================================================================

**NOTICE OF LIMITED VOLUNTARY DISMISSAL OF CERTAIN CAUSES OF ACTION OF JUNE 2, 2008 SECOND AMENDED COMPLAINT PURSUANT TO FRCP 41 (a) (1) (A) (i)**

================================================================

In accordance with the previously described submissions, the below listed Plaintiffs hereby voluntarily dismiss the below listed Causes of Action from the June 2, 2008 Second Amended Complaint in accordance with the terms of FRCP 41 (a)(1)(A)(i), and without prejudice, as against the listed Defendants, none of whom/which have filed nswers and/or Motions for Summary Judgment.

| Named Plaintiff | Cause of Action Voluntarily Dismissed | Claims Dismissed vs. Which Defendants |
|---|---|---|
| 1. Chavez, Gloria | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 2. Cohen, Judy | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 3. Cullen, James J. | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 4. Hart, Joann | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 5. Levine, Jane | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 6. Polito, Julianne | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 7. Radtke-Gabriel, Alena | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 8. Robinson, Thomasina | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |

| | | |
|---|---|---|
| 9. Saunders, Jennifer | 4th, 7th, 8th, 10th & 12th | All Defendants |
| 10. Schlessinger, Alan | 4th, 7th, 8th, 10th & 12th | All Defendants |
| 11. Segall, Barbara | 4th, 7th, 8th, 10th & 12th | All Defendants |

*Note: Copies of the Individual Plaintiffs' Confirmation are attached as evidence that they agree with the Limited Voluntary Dismissal of Certain Causes of Action so that they can pursue the "Core Causes of Action".*

Additional Notices of Limited Voluntary Dismissals of Certain Causes of Action will be forthcoming.

Dated: August 25, 2008
New York, NY

/s/ Edward D. Fagan (electronically signed)
Edward D. Fagan, Esq.
5 Penn Plaza, 23rd Floor
New York, NY 10001
Tel. (646) 378-2225
Plaintiffs' Counsel

---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing August 25, 2008 Notice of Limited Voluntary Dismissal of Certain Plaintiffs & Certain Causes of Action

is being filed electronically with the Clerk of the Court.

Hard copies of the papers are being hand delivered to the Hon. Andrew J. Peck USMJ and to counsel of record Blanche Greenfield Esq. Office of Corporation Counsel 100 Church Street, 4th Floor, New York, NY and Charles Moerdler Esq. of Stroock Stroock & Lavan 180 Maiden Street, New York, NY

And a courtesy copy delivered electronically to Florian Lewenstein, Plaintiff Pro Se – via email at florianjl@gmail.com.

Dated: August 25, 2008
New York, NY

/s/ Edward D. Fagan (electronically signed)
Edward D. Fagan, Esq.

2

# Gmail



## FW: Teachers4Action et al v Bloomberg et al 08-cv-548 (VM)(AJP) CONFIDENTIAL - ATTORNEY CLIENT MEMO

Edward Fagan <faganlaw@gmail.com>   Sun, Aug 24, 2008 at 11:56 PM
To: Edward Fagan <faganlaw@gmail.com>

Gloria

It is OK for you Mr. Fagan to voluntarily dismiss those claims on my behalf.

Thanks

Gloria S. Chavez

Chavez, Gloria



# Gmail

Edward Fagan <faganlaw@gmail.com>

## Re: Teachers4Action et al v Bloomberg et al 08-cv-548 (VM)(AJP) CONFIDENTIAL ...

To: faganlaw@gmail.com                                    Sun, Aug 24, 2008 at 10:09 PM

Ed,
It is okay for you to dismiss those claims on my behalf.
Judy



Cohen Judy

# Gmail

## vol.dism.

Edward Fagan <faganlaw@gmail.com>

To: faganlaw@gmail.com

Cullen James J
Mon, Aug 25, 2008 at 5:53 PM

dear ed

"i consent to your voluntary dismissal of certain claims as stated in the amended complaint" and "i agree to the pursuance of the core claims".

[redacted]

regards, jimmy cullen

# Gmail

## (no subject)

**Edward Fagan <faganlaw@gmail.com>**  Sun, Aug 24, 2008 at 9:31 PM
To: faganlaw@gmail.com

Mr. Fagan,

It is ok for you to voluntarily dismiss the claims which you discussed, on my behalf.

Joann Hart

*Hart) Joann*



# Gmail

## Voluntary Dismissals of Certain Causes of Action

Edward Fagan <faganlaw@gmail.com>    Mon, Aug 25, 2008 at 2:49 PM

To: faganlaw@gmail.com

Dear Ed:

I am giving permission for you to dismiss the claims which you discussed on my behalf.

Jane Levine



Levine,
Jane

# Gmail

**Edward Fagan <faganlaw@gmail.com>**

## Teachers4Action et al v Bloomberg et al 08-cv-548 (VM)(AJP) CONFIDENTIAL - ATTORNEY CLIENT MEMO

**Edward Fagan <faganlaw@gmail.com>**  Mon, Aug 25, 2008 at 12:32 AM
To: Edward Fagan <faganlaw@gmail.com>

Mr. Fagan,

I have read the Aug 24, 2008 Memo and agree that you may volunarily dismiss those claims noted in that memo on my behalf.

Julianne Polito



Polito, Julianne



# Gmail

### It is OK for you Mr. Fagan to Voluntarily Dismiss Those Claims on my Behalf.

Edward Fagan <faganlaw@gmail.com>

Mon, Aug 25, 2008 at 9:29 AM

To: Edward Fagan <faganlaw@gmail.com>

It is OK for you Mr. Fagan to Voluntarily Dismiss Those Claims on my Behalf.

Thank You
Alena Radtke-Gabriel

*Radtke-Gabriel, Alena*

# Gmail

Edward Fagan <faganlaw@gmail.com>

## Fwd: Dismissal

E. Fagan <faganlaw.teachers@gmail.com>  Mon, Aug 25, 2008 at 5:52 PM
To: "E. Fagan" <faganlaw@gmail.com>

Begin forwarded message:

**From:** Thomasina Robinson
**Date:** August 25, 2008 1:47:54 PM EDT
**To:** Ed Fagan <faganlaw.teachers@gmail.com>
**Subject: Dismissal**
**Reply-To:** thomasinarob@yahoo.com

Dear Mr. Fagan,

It's O.K. for you to voluntarily dismiss the claims which you discussed on my behalf. Thank-you

Sincerely,
Thomasina Robinson

*Robinson, Thomasina*

# Gmail

### Teachers4Action et al v Bloomberg et al 08-cv-548 (VM)(AJP) CONFIDENTIAL - ATTORNEY CLIENT MEMO

Edward Fagan <faganlaw@gmail.com>
Mon, Aug 25, 2008 at 12:21 AM

To: faganlaw@gmail.com

You may voluntarily dismiss these complaints on my behalf.

Jennifer Saunders

[Quoted text hidden]

*Saunders, Jennifer* (handwritten)

# Gmail

**Re: Teachers4Action et al v Bloomberg et al 08-cv-548 (VM)(AJP) CONFIDENTIAL ...**

Edward Fagan <faganlaw@gmail.com>   Mon, Aug 25, 2008 at 3:51 PM
To: faganlaw@gmail.com

It is OK for you to dismiss the issues you listed

thanks
Alan

Schlesinger, Alan

Case 1:08-cv-00548-VM-AJP  Document 112  Filed 08/25/2008  Page 13 of 13



# Gmail

Edward Fagan <faganlaw@gmail.com>

## Teachers4Action et al v Bloomberg et al 08-cv-548 (VM)(AJP) CONFIDENTIAL - ATTORNEY CLIENT MEMO

**Barbara Segall**   Mon, Aug 25, 2008 at 4:39 PM
To: Edward Fagan <faganlaw@gmail.com>

ED,

In response to your e-mail "It is OK for you Mr. Fagan to voluntary dismiss those claims on my behalf."

Barbara Segall