UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

Teachers4action, et al.,

                              Plaintiffs,

        -against-

Michael G. Bloomberg, et al.,

**NOTICE OF SUGGESTION OF DEATH**

                              Defendants.

08 cv 548 (VM)(AJP)

------------------------------------------------------------------------X

        City Defendants, having been advised by plaintiffs' counsel that the plaintiff Gilda Teel is deceased, suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Gilda Teel, a plaintiff in this action.

Dated:       New York, New York
                 September 5, 2008

                                                MICHAEL A. CARDOZO
                                                Corporation Counsel of the
                                                  City of New York
                                                Attorney for City Defendants
                                                100 Church Street, Room 2-142
                                                New York, New York 10007
                                                (212) 788-0872

                                                By:       /s/                      
                                                     Blanche Greenfield (BG 3579)
                                                     Assistant Corporation Counsel