USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
Teachers4Action et al,                    :    Civil Action #
                    Plaintiffs    :    08-cv-548 (VM)(AJP)

v.                                        :

Bloomberg et al,                          :    **MEMO ENDORSED**

                    Defendants.   :
---------------------------------------------------------- X

## SUPPLEMENTAL NOTICE OF LIMITED VOLUNTARY DISMISSAL OF CERTAIN CAUSES OF ACTION OF JUNE 2, 2008 SECOND AMENDED COMPLAINT PURSUANT TO FRCP 41 (a) (1) (A) (i)

In accordance with the previously described submissions, the below listed Plaintiffs [1] hereby voluntarily dismiss the below listed Causes of Action from the June 2, 2008 Second Amended Complaint in accordance with the terms of FRCP 41 (a)(1)(A)(i), and without prejudice, as against the listed Defendants, none of whom/which have filed answers and/or Motions for Summary Judgment.

| Named Plaintiff | Cause of Action Voluntarily Dismissed | Claims Dismissed vs. Which Defendants |
|---|---|---|
| 1. Adams, Twana | 4th, 7th, 8th, 10th & 12th | All Defendants |
| 2. Batyreva, Olga | 4th, 7th, 8th, 10th & 12th | All Defendants |
| 3. Bell, Ming | 4th, 7th, 8th, 10th & 12th | All Defendants |
| 4. Berkowitz, David | 4th, 7th, 8th, 10th & 12th | All Defendants |
| 5. Berlyne, Jonathan | 4th, 7th, 8th, 10th & 12th | All Defendants |
| 6. Budnick, Jill | 4th, 7th, 8th, 10th & 12th | All Defendants |

---

[1] Note: The FRCP 41 Limited Voluntary Dismissals as to certain causes of action are being filed for all named Plaintiffs in this case and represented by Edward D. Fagan. The only named Plaintiffs not included in the FRCP 41 Voluntary Dismissals are Florian Lewenstein and Michael Hollander for whom Fagan has either been relieved as counsel or who has moved to be relieved as counsel.

1

| | | | |
|---|---|---|---|
| 7. | Burks, Roslyn | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 8. | Caminiti, Anthony | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 9. | Castro, Jaime [2] | $7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 10. | Chavez, Gloria | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 11. | Cohen, Judith | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 12. | Cullen, James J. | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 13. | Daniels, Diane | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 14. | Ebewo, Michael | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 15. | Fofana, Boubakar [3] | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 16. | Ganis, Louisa | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 17. | Gisors, Roselyne | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 18. | Gonzalez, Diana | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 19. | Hart, Joann | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 20. | Hayes, Lisa | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 21. | Hazen, Wendy | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 22. | Hinestroza, Arnulfo | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 23. | Johnson, Eleanor | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 24. | Johnson, Rina | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 25. | Kowal, Rafal Robert | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 26. | Levine, Jane | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |

---

[2]     Note: Plaintiffs Jaime Castro and Michael McLoughlin are the only Plaintiffs with Constructive Discharge Causes of Action (The 4th Count of the Amended Complaint).

[3]     Plaintiff Boubakar Fofana's 1st Amendment claim also relates to allegations of retaliation and interference with his freedom of speech as expressed through publications on his website www.teacherabuse.com .

2

| | | |
|---|---|---|
| 27. Martinez, Hazel | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 28. McLoughlin, Michael [4] | $7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 29. Nunge, Raymond | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 30. Polito, Julianne | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 31. Radtke-Gabriel, Alena | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 32. Robinson, Thomasina | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 33. Russo, Denise | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 34. Saunders, Jennifer | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 35. Sawyer, Jacqueline | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 36. Scheiner, Brandi | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 37. Schlessinger, Alan | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 38. Schreiber, Alex | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 39. Segall, Barbara | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 40. Seiffert, Linda | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 41. Smith, Daniel | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 42. Tarasow, Helena | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 43. Teel, Gilda | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 44. Torres-Nogueras, Eustoquio | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 45. Wade, Jacqueline | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 46. Watson, Nicholas | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 47. Westbay, Michael | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |
| 48. Zapata, Mauricio | $4^{th}, 7^{th}, 8^{th}, 10^{th}$ & 12th | All Defendants |

---

[4] Note: Plaintiffs Michael McLoughlin and Jaime Castro are the only Plaintiffs with Constructive Discharge Causes of Action (The 4th Count of the Amended Complaint).

*Each of the above referenced plaintiffs wish to pursue the "Core Causes of Action".*

Dated: August 28, 2008  　　　　　　　　/s/ Edward D. Fagan (electronically signed)
New York, NY  　　　　　　　　　　　　Edward D. Fagan, Esq.
　　　　　　　　　　　　　　　　　　　5 Penn Plaza, 23rd Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　Tel. (646) 378-2225
　　　　　　　　　　　　　　　　　　　Plaintiffs' Counsel

---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing August 28, 2008 Supplemental Notice of Limited Voluntary Dismissal of Certain Plaintiffs & Certain Causes of Action

is being filed electronically with the Clerk of the Court.

Hard copies of the papers are being hand delivered to the Hon. Andrew J. Peck USMJ and to counsel of record Blanche Greenfield Esq. Office of Corporation Counsel 100 Church Street, 4th Floor, New York, NY and Charles Moerdler Esq. of Stroock Stroock & Lavan 180 Maiden Street, New York, NY

And a courtesy copy delivered electronically to Florian Lewenstein, Plaintiff Pro Se – via email at florianjl@gmail.com and Michael Hollander at michaelhollander@rcn.com

Dated: August 28, 2008  　　　　　　　　/s/ Edward D. Fagan (electronically signed)
New York, NY  　　　　　　　　　　　　Edward D. Fagan, Esq.

**MEMO ENDORSED** 9/3/08

1. The dismissals set forth herein are approved and so ordered. [illegible]
2. [illegible] for [illegible] the pro se plaintiff (Mr. Lewenstein) [illegible]

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

[stamp: BY FAX]

4

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  September 7, 2008                         Total Number of Pages:  5

| TO | FAX NUMBER |
|---|---|
| Edward D. Fagan, Esq. | 646-304-6446 or 646-417-5558 |
| Blanche Greenfield, Esq. | 212-788-8877 |
| Charles G. Moerdler, Esq. | 212-806-2647 |
| Dina Kolker, Esq. | 212-806-2606 |
| Alan M. Klinger, Esq. | 212-806-7818 |

# TRANSCRIPTION:

**MEMO ENDORSED 9/3/08**

1. The dismissals set forth herein are approved and So Ordered.
2. Mr. Fagan is to serve this – and all future Orders – on the pro se plaintiffs (inc. Lewenstein and Hollander).

Copy to:   Judge Victor Marrero