

*Florian Lewenstein*
*84-01 Main Street #419*
*Briarwood, N.Y. 11435-1708*

*Voice (718) 849-2790*
*Cell (646) 236-2790*
*Fax (888) 845-8593*
*Email: florianjl@gmail.com*

**BY FAX**

August 29, 2008

Re.: 08-cv-548 (VM) (AJP)

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 20D
New York, N.Y. 10007

**MEMO ENDORSED** 9/4/08

All of Lewenstein's Title VII claims are dismissed.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Honorable Judge Peck,

    I am reluctant to burden the court at this time, but I need to respond in a timely manner to Mr. Fagan's motions regarding the dismissal of certain causes of action in the above referenced complaint.

    I hereby object to the dismissal of the 4th, 7th, 8th, 10th and 12th causes of action for purposes of my claims.

    I further object to Mr. Fagan's motion that my claims regarding those causes of action be stayed pending the court's ruling on Defendant's motion to dismiss. Mr. Fagan misinterpreted my statement to Your Honor that I will rely on his submissions. I only referred to the response to Defendants' motion to dismiss that he had already filed with the court. It was later that I heard that he planned to voluntarily dismiss certain causes of action, and I do not agree with that.

    I also wish to inform the court that I have no Title VII claims in this action.

    I thank the court for its indulgence.

Sincerely,

Florian Lewenstein

Copy: Edward D. Fagan, Esq. – Teachers4Action, Inc. - Email faganlaw@gmail.com
       Blanche Greenfield, Esq. – NYC Defendants - Fax 212-788-8877
       Charles Moerdler, Esq. – Defendants UFT, Weingarten, Combier - Fax 212-806-6006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
Teachers4Action et al,                    :       Docket No.
                        Plaintiffs        :       08-cv-548 (VM)(AJP)
    v.                                    :
                                          :
Bloomberg et al                           :
                        Defendants        :
------------------------------------------------------------------X

AFFIRMATION OF SERVICE
OF FLORIAN LEWENSTEIN'S OBJECTION TO EDWARD D. FAGAN'S MOTION
TO VOLUNTARILY DISMISS CERTAIN CAUSES OF ACTION

Plaintiff Florian Lewenstein hereby declares as follows:

I have served copies of the attached objection on the following parties:

1. Edward D. Fagan, Plaintiffs' Counsel

   By email to: faganlaw@gmail.com

2. Blanche Greenfield, Counsel for Defendants Bloomberg, Klein, NYC and DOE

   By fax to: 212-788-8877

3. Charles Moerdler, Counsel for Defendants UFT and Betsy Combier

   By fax to: 212-806-6006

### DECLARATION PURSUANT TO 28 USC § 1746

I hereby declare, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information and belief.

Dated: August 29, 2008

_____
Florian Lewenstein

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** **September 7, 2008**                                **Total Number of Pages:** **3**

| TO | FAX NUMBER |
|---|---|
| Edward D. Fagan, Esq. | 646-304-6446 or 646-417-5558 |
| Blanche Greenfield, Esq. | 212-788-8877 |
| Charles G. Moerdler, Esq. | 212-806-2647 |
| Dina Kolker, Esq. | 212-806-2606 |
| Alan M. Klinger, Esq. | 212-806-7818 |

# TRANSCRIPTION:

**MEMO ENDORSED 9/4/08**

All of plaintiff Lewenstein's Title VII claims are **DISMISSED**.


**Copy to:**   Judge Victor Marrero