UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/8/08

TEACHERS4ACTION, INC., et al., :

          Plaintiffs, :    08 Civ. 0548 (VM) (AJP)

    -against- :    **ORDER**

MICHAEL G. BLOOMBERG, et al., :

          Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

    The Court will hold a hearing on Mr. Fagan's motion to withdraw from representing plaintiff Michael Hollander (Dkt. No. 103) on <u>September 15, 2008 at 10:00 a.m.</u> Mr. Hollander is to appear (Mr. Fagan is to notify Mr. Hollander and bring proof of service to the hearing), as is Mr. Lewenstein. Any other plaintiff who wishes to appear is invited to appear (Mr. Fagan is to email notice to all his clients).

    SO ORDERED.

Dated:    New York, New York
          September 8, 2008

                                              **Andrew J. Peck**
                                              United States Magistrate Judge

Copies <u>**by fax & ECF**</u> to:    Edward D. Fagan, Esq.
                                 Blanche Greenfield, Esq.
                                 Charles G. Moerdler, Esq.
                                 Dina Kolker, Esq.
                                 Alan M. Klinger, Esq.
                                 Judge Victor Marrero

C:\OPIN\