USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
Teachers4Action et al,                    :    Civil Action #
                        Plaintiffs        :    08-cv-548 (VM)(AJP)
         v.                               :
                                          :
Bloomberg et al,                          :
                        Defendants.       :
------------------------------------------------------- X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41 (a) (1) (A) (i)

Plaintiff Teachers4Action Inc. hereby voluntarily dismisses its complaint in the above referenced matters, in accordance with the terms of FRCP 41 (a)(1)(A)(i), and without prejudice, as against Defendants, none of whom/which have filed answers ~~and/or Motions for Summary Judgment~~. AP

Dated: August 22, 2008
       New York, NY

/s/ Edward D. Fagan (electronically signed)
Edward D. Fagan, Esq.
5 Penn Plaza, 23rd Floor
New York, NY 10001
Tel. (646) 378-2225
Plaintiffs' Counsel

[handwritten: This case remains open as to the other plaintiffs]

SO ORDERED:
Hon. Andrew J. Peck     9/3/08
United States Magistrate Judge

[handwritten notations]
U.S.D.J.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing

August 22, 2008 Voluntary Dismissal of Plaintiff Teachers4Action Inc.

is being filed electronically with the Clerk of the Court.

Hard copies of the papers are being hand delivered to the Hon. Andrew J. Peck USMJ and to counsel of record Blanche Greenfield Esq. Office of Corporation Counsel 100 Church Street, 4th Floor, New York, NY and Charles Moerdler Esq. of Stroock Stroock & Lavan 180 Maiden Street, New York, NY

And a courtesy copy delivered electronically to Florian Lewenstein, Plaintiff Pro Se – via email at florianjl@gmail.com

Dated: August 22, 2008  /s/ Edward D. Fagan (electronically signed)
New York, NY  Edward D. Fagan, Esq.

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** September 7, 2008                                **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Edward D. Fagan, Esq. | 646-304-6446 or 646-417-5558 |
| Blanche Greenfield, Esq. | 212-788-8877 |
| Charles G. Moerdler, Esq. | 212-806-2647 |
| Dina Kolker, Esq. | 212-806-2606 |
| Alan M. Klinger, Esq. | 212-806-7818 |

# TRANSCRIPTION:

**MEMO ENDORSED 9/3/08**

The case remains open as to the other plaintiffs' claims.


Faxed to all counsel — Mr. Fagan to serve Lewenstein and Hollander.

**Copy to:**   Judge Victor Marrero