UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

| | | |
|---|---|---|
| Teachers4Action et al, | : | **Civil Action #** |
| **Plaintiffs** | : | **08-cv-548 (VM)(AJP)** |
| | : | |
| v. | : | |
| | : | |
| Bloomberg et al, | : | |
| **Defendants.** | : | |

----------------------------------------------------------------- X

=======================================================

## Voluntary Dismissal Without Prejudice, pursuant to FRCP 41 (a) (1) (A) (i),  of Claims in the June 2, 2008 Second Amended Complaint

=======================================================

All Plaintiffs represented by Edward D. Fagan, hereby voluntarily dismiss the

claims in the June 2, 2008 Second Amended Complaint in accordance with the terms of

FRCP 41 (a)(1)(A)(i), and without prejudice, as against all Defendants, none of

whom/which have filed answers and/or Motions for Summary Judgment.

Dated:  September 22 , 2008          /s/ Edward D. Fagan (electronically signed)
        New York, NY                          Edward D. Fagan, Esq.
                                              5 Penn Plaza, 23rd Floor
                                              New York, NY  10001
                                              Tel. (646) 378-2225
                                              Plaintiffs' Counsel

1

----------------------------------------------------------------

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Voluntary Dismissal, without prejudice of All Plaintiffs Represented by Edward D. Fagan

is being filed electronically with the Clerk of the Court.

Hard copies of the papers are being hand delivered to the Hon. Andrew J. Peck USMJ and to counsel of record Blanche Greenfield Esq. Office of Corporation Counsel 100 Church Street, 4th Floor, New York, NY and Charles Moerdler Esq. of Stroock Stroock & Lavan 180 Maiden Street, New York, NY

And a courtesy copy delivered electronically to each of Pro Se Plaintiffs as listed below:

1.  Bell, Ming - chess4mind@gmail.com
2.  Berlyne, Jonathan - jberlyne@hotmail.com
3.  Budnick, Jill - JillsQuilt@aol.com
4.  Burks, Roslyn - wwrb113teac@gmail.com
5.  Caminiti, Anthony J - camx3@optonline.net
6.  Cullen, James J. - jimmyC2step@aol.com
7.  Gaines, Louisa - metoomsg@aol.com
8.  Gonzalez, Diane – dmg2139@columbia.edu
9.  Hayes, Lisa - asilenaj@live.com
10. Hazen, Wendy - wendyhazen4@aol.com
11. Hollander, Michael - michaelhollander@rcn.com
12. Kowal, Rafal - saxon22@yahoo.com
13. Lewenstein, Florian – florianjl@gmail.com
14. Martinez, Hazel - hzl.mrtnz@gmail.com
15. McLoughlin, Michael – mcloughlin2002@aol.com
16. Nunge, Raymond - rnunge@gmail.com
17. Schreiber, Alex - alschtwo@hotmail.com
18. Seiffert, Linda – angellou2002@aol.com
19. Segall, Barbara - mctfan140@gmail.com
20. Torres-Nogueras, Eustoquio - etn2@aol.com
21. Tarasow, Helena – htarasow13@optonline.net
22. Wade, Jacqueline - womenofcolorfilm@aol.com
23. Westbay, Michael – mfwcap@aol.com
24. Zanetis, George - mhsfragrances@aol.com
25. Zapata, Mauricio - mozap@msn.com

Dated: September 22 , 2008       /s/ Edward D. Fagan (electronically signed)
       New York, NY                      Edward D. Fagan, Esq.

2